# EXHIBIT C

US010367912B2

(12) **United States Patent**
Saint Clair

(10) Patent No.: **US 10,367,912 B2**
(45) Date of Patent: *Jul. 30, 2019

(54) **SYSTEM AND METHOD FOR AUTOMATING THE MANAGEMENT, ROUTING, AND CONTROL OF MULTIPLE DEVICES AND INTER-DEVICE CONNECTIONS**

(71) Applicant: **CLOUD SYSTEMS HOLDCO, LLC**, Dover, DE (US)

(72) Inventor: **Gordon Saint Clair**, Apex, NC (US)

(73) Assignee: **CLOUD SYSTEMS HOLDCO, LLC**, Dover, DE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/888,513**

(22) Filed: **Feb. 5, 2018**

(65) **Prior Publication Data**
US 2018/0159953 A1     Jun. 7, 2018

**Related U.S. Application Data**

(63) Continuation of application No. 15/391,491, filed on Dec. 27, 2016, now Pat. No. 9,888,091, which is a
(Continued)

(51) **Int. Cl.**
*H04L 29/08*          (2006.01)
*G05B 15/00*         (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC .............. *H04L 67/32* (2013.01); *G05B 15/00* (2013.01); *G05B 15/02* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ....... H04L 67/32; H04L 67/42; H04L 67/125; H04L 41/069; H04L 41/06; H04L 67/12;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,623,887 A    11/1986  Welles et al.
4,894,789 A     1/1990  Yee
(Continued)

FOREIGN PATENT DOCUMENTS

AU     2007247958 A1    11/2007
EP        0877499 A2    11/1998

OTHER PUBLICATIONS

DME Designer Version 2.0: Owner's Manual, Yamaha Corporation, 2004, pp. 1-482.
(Continued)

*Primary Examiner* — Jackie Zuniga Abad
(74) *Attorney, Agent, or Firm* — Thompson Hine LLP

(57) **ABSTRACT**

A system and method for managing, routing and controlling devices and inter-device connections located within an environment to manage and control the environment using a control client is presented. A user configures a presentation environment into one or more sub-environments, restricts access to one or more devices of a presentation sub-environment, or schedules one or more resources within a presentation sub-environment.

**19 Claims, 20 Drawing Sheets**



**US 10,367,912 B2**

Page 2

### Related U.S. Application Data

continuation of application No. 14/253,291, filed on Apr. 15, 2014, now Pat. No. 9,529,514, which is a continuation of application No. 12/238,268, filed on Sep. 25, 2008, now Pat. No. 8,700,772, and a continuation-in-part of application No. 11/744,084, filed on May 3, 2007, now Pat. No. 7,975,051, and a continuation-in-part of application No. 11/744,095, filed on May 3, 2007, now Pat. No. 8,533,326.

(60) Provisional application No. 60/975,128, filed on Sep. 25, 2007, provisional application No. 60/825,086, filed on Sep. 8, 2006, provisional application No. 60/746,290, filed on May 3, 2006.

(51) **Int. Cl.**

| | |
|---|---|
| *G05B 15/02* | (2006.01) |
| *H04L 12/28* | (2006.01) |
| *H04L 29/00* | (2006.01) |
| *H04L 12/24* | (2006.01) |
| *H04N 21/436* | (2011.01) |
| *G06F 3/0484* | (2013.01) |
| *H04N 7/14* | (2006.01) |
| *H04N 7/15* | (2006.01) |
| *H04L 29/06* | (2006.01) |

(52) **U.S. Cl.**
CPC ...... *G06F 3/04847* (2013.01); *H04L 12/2818* (2013.01); *H04L 12/2832* (2013.01); *H04L 12/2838* (2013.01); *H04L 29/00* (2013.01); *H04L 41/06* (2013.01); *H04L 41/069* (2013.01); *H04L 41/0803* (2013.01); *H04L 41/0806* (2013.01); *H04L 41/0816* (2013.01); *H04L 41/22* (2013.01); *H04L 67/12* (2013.01); *H04L 67/125* (2013.01); *H04L 67/42* (2013.01); *H04N 7/147* (2013.01); *H04N 7/15* (2013.01); *H04N 21/43615* (2013.01); *H04L 29/06823* (2013.01); *H04L 41/082* (2013.01); *H04L 41/0879* (2013.01); *H04L 41/0886* (2013.01); *H04L 41/0889* (2013.01); *H04L 41/0893* (2013.01)

(58) **Field of Classification Search**
CPC . H04L 41/22; H04L 12/2818; H04L 41/0816; H04L 41/0806; H04L 41/0803; H04L 12/2838; H04L 12/2832; H04N 7/147; H04N 7/15; H04N 21/43615; G06F 3/04847; G05B 15/02
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,959,810 | A | 9/1990 | Darbee et al. |
| 5,005,084 | A | 4/1991 | Skinner |
| 5,101,191 | A | 3/1992 | MacFadyen et al. |
| 5,109,222 | A | 4/1992 | Welty et al. |
| 5,293,357 | A | 3/1994 | Hallenbeck |
| 5,307,055 | A | 4/1994 | Baskin et al. |
| 5,410,326 | A | 4/1995 | Goldstein |
| 5,481,256 | A | 1/1996 | Darbee et al. |
| 5,552,806 | A | 9/1996 | Lenchik |
| 5,565,888 | A | 10/1996 | Selker et al. |
| 5,574,964 | A | 11/1996 | Hamlin et al. |
| 5,614,906 | A | 3/1997 | Hayes et al. |
| 5,635,989 | A | 6/1997 | Rothmuller |
| 5,642,303 | A | 6/1997 | Small |
| 5,648,760 | A | 7/1997 | Kumar |
| 5,652,613 | A | 7/1997 | Lazarus et al. |
| 5,671,267 | A | 9/1997 | August et al. |
| 5,710,605 | A | 1/1998 | Nelson |
| 5,724,106 | A | 3/1998 | Autry et al. |
| 5,751,372 | A | 5/1998 | Forson |
| 5,761,606 | A | 6/1998 | Wolzien |
| 5,767,919 | A | 6/1998 | Lee et al. |
| 5,793,438 | A | 8/1998 | Bedard |
| 5,801,787 | A | 9/1998 | Schein et al. |
| 5,828,419 | A | 10/1998 | Bruette et al. |
| 5,835,864 | A | 11/1998 | Diehl et al. |
| 5,838,775 | A | 11/1998 | Montalbano |
| 5,900,875 | A | 5/1999 | Haitani et al. |
| 5,901,366 | A | 5/1999 | Nakano et al. |
| 5,915,026 | A | 6/1999 | Mankovitz |
| 5,956,025 | A | 9/1999 | Goulden et al. |
| 5,959,751 | A | 9/1999 | Darbee et al. |
| 5,970,206 | A | 10/1999 | Yuen et al. |
| 5,974,222 | A | 10/1999 | Yuen et al. |
| 6,002,394 | A | 12/1999 | Schein et al. |
| 6,002,450 | A | 12/1999 | Darbee et al. |
| 6,014,092 | A | 1/2000 | Darbee et al. |
| 6,018,372 | A | 1/2000 | Etheredge |
| 6,020,881 | A | 2/2000 | Naughton et al. |
| 6,028,599 | A | 2/2000 | Yuen et al. |
| 6,040,829 | A | 3/2000 | Croy et al. |
| 6,097,441 | A | 8/2000 | Allport |
| 6,104,334 | A | 8/2000 | Allport |
| 6,127,941 | A | 10/2000 | Van Ryzin et al. |
| 6,130,726 | A | 10/2000 | Darbee et al. |
| 6,133,909 | A | 10/2000 | Schein et al. |
| 6,137,549 | A | 10/2000 | Rasson et al. |
| 6,148,241 | A | 11/2000 | Ludtke et al. |
| 6,151,059 | A | 11/2000 | Schein et al. |
| 6,172,674 | B1 | 1/2001 | Etheredge |
| 6,177,931 | B1 | 1/2001 | Alexander et al. |
| 6,192,281 | B1 | 2/2001 | Brown et al. |
| 6,195,589 | B1 | 2/2001 | Ketchum |
| 6,201,810 | B1 | 3/2001 | Masuda et al. |
| 6,211,856 | B1 | 4/2001 | Choi et al. |
| 6,219,694 | B1 | 4/2001 | Lazaridis et al. |
| 6,225,938 | B1 | 5/2001 | Hayes et al. |
| 6,256,019 | B1 | 7/2001 | Allport |
| 6,278,499 | B1 | 8/2001 | Darbee et al. |
| 6,285,357 | B1 | 9/2001 | Kushiro et al. |
| 6,341,374 | B2 | 1/2002 | Schein et al. |
| 6,369,840 | B1 | 4/2002 | Barnett et al. |
| 6,381,507 | B1 | 4/2002 | Shima et al. |
| 6,408,435 | B1 | 6/2002 | Sato |
| 6,437,836 | B1 | 8/2002 | Huang et al. |
| 6,463,463 | B1 | 10/2002 | Godfrey et al. |
| 6,466,971 | B1 | 10/2002 | Humpleman et al. |
| 6,532,589 | B1 | 3/2003 | Proehl et al. |
| 6,538,556 | B1 | 3/2003 | Kawajiri |
| 6,563,430 | B1 | 5/2003 | Kemink et al. |
| 6,577,350 | B1 | 6/2003 | Proehl et al. |
| 6,587,067 | B2 | 7/2003 | Darbee et al. |
| 6,753,790 | B2 | 6/2004 | Davies et al. |
| 6,792,323 | B2 | 9/2004 | Krzyzanowski et al. |
| 6,803,728 | B2 | 10/2004 | Balasubramaniam et al. |
| 6,832,251 | B1 | 12/2004 | Gelvin et al. |
| 6,850,252 | B1 | 2/2005 | Hoffberg |
| 7,155,305 | B2 | 12/2006 | Hayes et al. |
| 7,526,539 | B1 | 4/2009 | Hsu |
| 7,653,656 | B2 | 1/2010 | Winter |
| 8,516,118 | B2 | 8/2013 | Saint Clair et al. |
| 8,909,779 | B2 | 12/2014 | Clair et al. |
| 2001/0011284 | A1 | 8/2001 | Humpleman et al. |
| 2002/0007490 | A1 | 1/2002 | Jeffery |
| 2002/0078150 | A1 | 6/2002 | Thompson et al. |
| 2002/0087887 | A1 | 7/2002 | Busam et al. |
| 2003/0005051 | A1 | 1/2003 | Gottlieb |
| 2003/0009265 | A1 | 1/2003 | Edwin |
| 2003/0037109 | A1 | 2/2003 | Newman et al. |
| 2003/0065806 | A1 | 4/2003 | Thomason et al. |
| 2003/0101459 | A1 | 5/2003 | Edson |
| 2003/0145109 | A1 | 7/2003 | Nakashima |
| 2003/0163727 | A1 | 8/2003 | Hammons et al. |
| 2003/0212788 | A1 | 11/2003 | Wilding et al. |
| 2004/0054747 | A1 | 3/2004 | Breh et al. |
| 2004/0054789 | A1 | 3/2004 | Breh et al. |

US 10,367,912 B2

Page 3

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2004/0059716 | A1 | 3/2004 | Shiraishi et al. |
| 2004/0117438 | A1 | 6/2004 | Considine et al. |
| 2004/0172396 | A1 | 9/2004 | Vanska et al. |
| 2004/0203592 | A1 | 10/2004 | Kermode et al. |
| 2004/0261116 | A1 | 12/2004 | Mckeown et al. |
| 2004/0267914 | A1 | 12/2004 | Roe et al. |
| 2005/0002419 | A1 | 1/2005 | Doviak et al. |
| 2005/0035846 | A1 | 2/2005 | Zigmond et al. |
| 2005/0074018 | A1 | 4/2005 | Zintel et al. |
| 2005/0114458 | A1 | 5/2005 | Gottlieb |
| 2005/0125564 | A1 | 6/2005 | Bushmitch et al. |
| 2005/0138785 | A1 | 6/2005 | Moore et al. |
| 2005/0183120 | A1 | 8/2005 | Jain et al. |
| 2005/0198040 | A1 | 9/2005 | Cohen et al. |
| 2005/0242167 | A1 | 11/2005 | Kaario et al. |
| 2005/0251747 | A1 | 11/2005 | Dolling et al. |
| 2005/0267826 | A1 | 12/2005 | Levy et al. |
| 2005/0276124 | A1 | 12/2005 | Hasha |
| 2006/0009205 | A1 | 1/2006 | Hirata |
| 2006/0101142 | A1 | 5/2006 | Vasseur et al. |
| 2006/0179110 | A1 | 8/2006 | Brown |
| 2006/0209795 | A1 | 9/2006 | Chow et al. |
| 2006/0230064 | A1 | 10/2006 | Perkowski |
| 2006/0234659 | A1 | 10/2006 | Sakamoto |
| 2007/0142022 | A1 | 6/2007 | Madonna et al. |
| 2007/0300165 | A1 | 12/2007 | Haveliwala |
| 2008/0126936 | A1 | 5/2008 | Williams |
| 2009/0030968 | A1 | 1/2009 | Boudreau et al. |
| 2009/0210726 | A1 | 8/2009 | Song et al. |
| 2011/0046805 | A1 | 2/2011 | Bedros et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0967797 A2 | 12/1999 |
| EP | 0987888 A1 | 3/2000 |
| EP | 1148687 A1 | 10/2001 |
| EP | 1204275 A2 | 5/2002 |
| EP | 1355485 A1 | 10/2003 |
| GB | 2343073 B | 1/2003 |
| JP | H10262072 A | 9/1998 |
| JP | 2006129528 A | 5/2006 |
| WO | 9906910 A1 | 2/1999 |
| WO | 0040016 A1 | 7/2000 |
| WO | 0058935 A1 | 10/2000 |
| WO | 0120572 A1 | 3/2001 |
| WO | 2005107408 A2 | 11/2005 |

OTHER PUBLICATIONS

Written Opinion of the International Search Authority for PCT/
US2006/048655 dated Jun. 20, 2008 (8 pages).
AU 2007247958, Patent Examination Report No. 1, dated Aug. 25,
2011 (2 pages).
AU 2007247958, Patent Examination Report No. 2, dated Sep. 17,
2012 (4 pages).

U.S. Appl. No. 12/238,268, Non-Final Office Action, dated Nov. 7,
2012 (25 pages).
CA 2,686,151, Examination Report, dated Dec. 30, 2013 (2 pages).
EP 07761843.7, European Search Report and Search Opinion, dated
Jan. 28, 2011 (8 pages).
EP 07761843.7, Examination Report, dated Jan. 14, 2016 (6 pages).
PCT/US2007/068165, International Search Report, dated Feb. 12,
2008 (3 pages).
PCT/US2007/068165, International Preliminary Report on Patent-
ability, dated Nov. 4, 2008 (7 pages).
PCT/US2012/061530, International Search Report, dated Dec. 27,
2012 (2 pages).
PCT/US2012/061530, International Preliminary Report on Patent-
ability, dated Apr. 29, 2014 (5 pages).
U.S. Appl. No. 11/744,084, Non-Final Office Action, dated Jun. 5,
2009 (26 pages).
U.S. Appl. No. 11/744,084, Non-Final Office Action, dated Mar. 19,
2010 (30 pages).
U.S. Appl. No. 11/744,084, Final Office Action, dated Dec. 8, 2010
(32 pages).
U.S. Appl. No. 12/238,268 Non-Final Office Action, dated Nov. 10,
2009 (12 pages).
U.S. Appl. No. 11/744,084, Notice of Allowance, dated Apr. 1, 2011
(15 pages).
U.S. Appl. No. 11/744,095, Non-Final Office Action, dated Jun. 5,
2009 (19 pages).
U.S. Appl. No. 11/744,095, Non-Final Office Action, dated Mar. 22,
2010 (26 pages).
U.S. Appl. No. 11/744,095, Final Office Action, dated Dec. 6, 2010
(28 pages).
U.S. Appl. No. 11/744,095, Notice of Allowance, dated May 10,
2013 (10 pages).
U.S. Appl. No. 12/238,268, Final Office Action, dated Jun. 14, 2010
(25 pages).
U.S. Appl. No. 12/238,268, Final Office Action, dated Sep. 13, 2013
(34 pages).
U.S. Appl. No. 12/238,268, Notice of Allowance, dated Dec. 6,
2013 (13 pages).
U.S. Appl. No. 13/111,584, Non-Final Office Action, dated Oct. 18,
2012 (21 pages).
U.S. Appl. No. 13/111,584, Notice of Allowance, dated Apr. 23,
2013 (10 pages).
U.S. Appl. No. 13/280,254, Non-Final Office Action, dated Nov. 21,
2013 (11 pages).
U.S. Appl. No. 13/280,254, Notice of Allowance, dated Aug. 5,
2014 (7 pages).
U.S. Appl. No. 14/253,291, Non-Final Office Action, dated Oct. 21,
2014 (13 pages).
U.S. Appl. No. 14/253,291, Final Office Action, dated Jun. 11, 2015
(24 pages).
U.S. Appl. No. 14/253,291, Notice of Allowance, dated Mar. 31,
2016 (6 pages).
U.S. Appl. No. 14/253,291, Notice of Allowance, dated Aug. 12,
2016 (9 pages).
International Preliminary Report on Patentability for PCT/US2006/
048655 dated Jun. 24, 2008 (9 pages).



FIG. 1A

FIG. 1B

FIG. 1C





FIG. 2

FIG. 3



FIG. 4





FIG. 5



Case 7:23-cv-00172 Document 1-3 Filed 11/06/23 Page 11 of 49

FIG. 6



Case 7:23-cv-00172 Document 1-3 Filed 11/06/23 Page 12 of 49

FIG. 7



FIG. 8



FIG. 9A



FIG. 9B



FIG. 10



FIG. 11

FIG. 12

MANUAL CONFIGURATION PROCESS

FIG. 13





FIG.14

FIG. 15



FIG. 16



FIG. 17



FIG. 18

atmospherics
logout [admin]
System
Devices
Device Groups
Static Connections
Events
Users
Roles
Access control
Reports
1800
User Details
Choose the item from the first list and second list.
Access Types
1802
Securable Objects
1804
Show: Roles Users
1806
Permissions
1808
Presentation
Group
Features
Device Control
Presentation Admin
Presentation View
Report Admin
Report Viewer
Resource Lock Admin
Routing Control
System Admin
User Admin
admin...Available
guest...Not Available
ROLE_ADVANCED...Not Available
ROLE_USER...Not Available
For: admin
Combined: Available
Role-Based: ROLE_ADVANCED...Not Available
ROLE_ADMIN...Not Available
ROLE_USER...Not Available
User-Based: Not Available
Available
1810
Cancel
Save



US 10,367,912 B2

1

# SYSTEM AND METHOD FOR AUTOMATING THE MANAGEMENT, ROUTING, AND CONTROL OF MULTIPLE DEVICES AND INTER-DEVICE CONNECTIONS

## TECHNICAL FIELD

The present invention relates to a system and method for controlling, managing and routing data among multiple devices that are sources or consumers of streaming data and control devices present in a given environment in a hardware independent manner. In one embodiment, audiovisual data streams and other controllable devices in a presentation environment are controlled by the present system and method. Other embodiments allow users to reconfigure the controllable devices across multiple spaces within an environment and distribute and allocate shared resources as requested. In still other embodiments, the system and method reconfigures itself based on specific user credentials to provide a customized user interface and performs specified configuration and operational tasks for the control, management, and routing of data between devices within an environment based on the user credentials. The present invention comprises a server adapted to communicate with and command devices in an environment to establish interconnections or links between the devices as well as a means for a user to command and control the devices in order to have a tangible change in the environment.

## SUMMARY DISCLOSURE OF THE INVENTION

A system and method for managing and routing interconnections between devices connected via controllable switching devices and controlling the operation of the devices in a given user environment for the purpose of controlling and coordinating the operation of the user environment is presented. One embodiment of the present system and method is directed to the control of audio visual (A/V) and presentation environment control and sensing devices, and the routing and management of A/V information between generator or source devices and consumer or output devices. Source devices generate A/V data, A/V data streams, or more generally a signal that is delivered to consumer or output devices. The output devices receive the A/V data and in many cases render the A/V data in a form that is perceptible in the environment, for example one output device is a projector that would render the A/V data in a form that is visible to persons in the portion of the environment that is in proximity to the projector. The output devices are also referred to in some circumstances as consumer devices meaning that they accept information or other flows from the interconnection established with the source devices and in the case of an A/V environment they consume the A/V data. The environment where the devices, connections and other controllable devices are located is referred to generically as a user environment. A type of user environment for A/V facilities is commonly referred to as a presentation environment. The presentation environment may span several physical rooms, buildings, or even multiple locations in geographically disparate locations depending on the circumstances and use of the system. The presentation environment in some embodiments comprises multiple spaces or sub-environments, each of which are individually configurable, and one or more devices that span the multiple spaces that can be accessed from within one of such multiple spaces.

2

It is clear to one of ordinary skill in the art that a system for managing, routing, and controlling multiple streams of A/V data and other device communication and control signals is applicable to any system associated with an environment that requires the management, routing, and control of interconnections by and between different source devices and consumer devices as well as communication and control of a variety of devices in such environment. A non-exhaustive example of an alternative use for an embodiment of the present system and method is for a distributed data acquisition and control system whereby multiple sensors are distributed about a given facility or vehicle. The information from these sensors, such as accelerometers, are streams of data, similar in nature to a stream of A/V. The consumers of the information generated by the sensors can be recording instruments and local feedback controllers that then actuate control lines to activate actuators that change the characteristics or states of the facility or vehicle.

One embodiment of the present system and method is used to manage, route and control these streams of information generated by sensors and consumed by recording instruments and local feedback controllers as well as other control signals. In another embodiment, the present system and method is used to manage, route and control integrated building systems to provide a full spectrum of building services ranging from heating, ventilating and air conditioning through radiation management, security and fire and safety systems. In still another embodiment the system is used to route, manage interconnections and control devices in a manufacturing or chemical process facility to coordinate and control the production of various products.

Although a majority of this disclosure is written in context of A/V systems and establishing connections by and between A/V devices and other discrete controllable devices to effect an A/V presentation environment, as these non-exhaustive examples show, one of ordinary skill in the art can use the present system and method for managing, routing, and controlling a variety of different types of devices and establishing connections between those devices for many different streams, including streams of A/V data, other types of signals, flows of fluids or movement of objects or products.

Multiple embodiments of a system and method for controlling multiple sources and sinks of A/V data streams and controlling specific devices is presented herein. Those of ordinary skill in the art can readily use this disclosure to create alternative embodiments using the teaching contained herein. The system and method of the present invention further solves the problems associated with the configuration of multiple devices present in an arbitrary environment whereby routes or paths must be configured by and between the devices to allow information to flow from device to device through the environment while simultaneously controlling the operation of selected devices within the environment, including without limitation the operation of detached devices that effect the environment, but are otherwise not directly connected to other devices in the environment.

## BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying figures depict multiple embodiments of the system and method for routing, controlling, and managing streams of data and more particularly streams of audio visual information. A brief description of each figure is provided below. Elements with the same reference numbers in each figure indicate identical or functionally similar

US 10,367,912 B2

3

elements. Additionally, the left-most digit(s) of a reference number identifies the drawings in which the reference number first appears.

FIG. 1a is a block diagram outlining the physical architecture of an embodiment of the present system and method for audio visual ("A/V") control and integration.

FIG. 1b is diagram depicting a signal level diagram of an embodiment of an A/V system.

FIG. 1c is a depiction of a control or command level diagram of an embodiment of an A/V system.

FIG. 2 is a block diagram highlighting the logical components of an embodiment directed to the management, routing and control of audio visual and presentation environment control devices.

FIG. 3 is a component diagram of an embodiment of the server architecture.

FIG. 4 is a component diagram of an embodiment of the control client architecture.

FIG. 5 is an embodiment of a first logical arrangement of a control client user interface for editing scenes.

FIG. 6 is an embodiment of a second logical arrangement of a control client user interface for playing a predefined presentation.

FIG. 7 is an embodiment of a third logical arrangement of a control client user interface for controlling a presentation.

FIG. 8 is a rendered embodiment of a control client user interface showing the second logical arrangement.

FIGS. 9A and 9B are a data model of an embodiment of the system.

FIG. 10 is a depiction of a control or command level diagram of a second exemplary environment.

FIG. 11 is a depiction of a signal level diagram of the second exemplary environment shown in FIG. 10.

FIG. 12 is a flow diagram detailing the configuration process for the system upon installation of devices in the environment or other additions of equipment to the environment.

FIG. 13 is a first portion of an exemplary route map.

FIG. 14 is a depiction of multiple presentation sub-environments within a given presentation environment.

FIG. 15 is a rendered embodiment of a control client user interface showing one embodiment of a quick control.

FIG. 16 is a rendered embodiment of a group definition user interface.

FIG. 17 is a rendered embodiment of a user interface for selecting a desired device from a logical pooled device group.

FIG. 18 is a rendered embodiment of an access control user interface.

MODES FOR CARRYING OUT THE INVENTION

Audio Visual Control System Architecture

FIG. 1a depicts multiple representations of an embodiment of the present system and method for audio visual control and integration in one embodiment of an exemplary physical configuration of a presentation environment 110, as shown in FIG. 1a. In this exemplary configuration, the server 100 comprises a first communication interface adapted to communicate with a remotely connected control client 102. The control client 102 is adapted to accept information from the server 100 to render or create on the control client 102 a user interface. The user interface enables a user to manage, route and control the flow of A/V data between different sources 120, output devices 130, and control or switch devices 140, and the communication and

4

control of other detached devices or environment devices 142, not present in the routing and control of the flow of A/V data such as environment sensors and actuators that are associated with the presentation environment 110 (all collectively referred to herein as "devices" 270) located within or associated with the presentation environment 110. Although the server is shown external to the presentation environment 110 in FIG. 1a, in other embodiments the server 100 is physically located within the presentation environment 110 or provided as an integral element of one of the devices 270.

Specifically, in the case of the embodiment depicted in FIG. 1a, the server 100 and the control client 102 are connected via a network 118. A network 118 as defined in this specification is any transmission medium that supports a protocol allowing communication by and between devices connected to the network as would be understood by one of ordinary skill in the art. One example of a network 118 is the Internet which utilizes the TCP/IP (Transmission Control Protocol/Internet Protocol) protocol, but the term network 118 as defined is also meant to include local access networks (LANs), wireless LANs, a multi-device serial network, and any other computer communication network, including various forms of powerline networking and X10 type networks. In still another embodiment, a first communication interface allows point-to-point communication between the server 100 and the control client 102 using a serial interface, point-to-point modem, or similar types of point-to-point communication devices and protocols known to those of ordinary skill in the art.

The server 100 in this embodiment is connected via the network 118 to a communication transceiver 114, for example a terminal server. The communication transceiver 114 converts physical communication mediums and logical protocols without altering the message being carried, thereby allowing commands sent in one communications format which is suitable to the sender to be converted into another communication format suitable for the receiver. In this case a command issued by the server 100 via TCP/IP over an Ethernet network 118 is converted to the same command sent over a point-to-point RS-232/RS-485 serial link, which becomes a control signal 116 that is input to a device 270. Any communication sent from a device 270, for example an acknowledgement sent by the device 270 back to the server 110, is similarly reconverted by the communication transceiver 114. The communication transceiver 114 thus provides a second communication interface for the server 100 allowing commands and information to be exchanged between the server 100 and devices 270 associated with the presentation environment 110.

In alternative embodiments, the communication transceiver 114 is eliminated and a direct communication linkage, such as a Universal Serial Bus (USB) link, is established from the server 100 to a device 270 to be controlled. In another embodiment, the server 100 communicates directly with network capable devices 270 over the computer network 118. In another embodiment, the server 100 communicates with a variety of devices 270 using a communication transceiver 114 for a subset of devices 270, direct communication for another subset of devices 270, and communication over a network 118 to yet another subset of devices 270. In still another embodiment, the server 100 communicates with the devices 270 using a wireless communication protocol, for example, infrared or visual/near-visual optical communication or radio frequency wireless protocols such as RF, Bluetooth, WiFi/802.11x, WiMax, and Zigbee and others known to those of ordinary skill in the art.

5                                                                        6

In the embodiment of FIG. 1*a*, the control signals **116** output from the communication transceiver **114** are used to control multiple devices **270** including a switch **170** and second switch **158**. The control signals **116** select streams of audio video data coming from a variety of sources **120** and route them to a variety of output devices **130**. The switch **170** functions as an electronic patch panel that allows inputs to the switch **170** to be selectively routed or directed to selected outputs from the switch **170**. In this embodiment the switch **170** supports a single type of video input, namely RGB (Red-Green-Blue color) signals, and an audio input. Source devices **120** that have RGB outputs, such as laptop computers **150**, can be directly connected to the switch **170**. Non-RGB sources **120** are input instead to the second switch **158**. The use of a second switch **158** in this embodiment supports the various types of non-RGB signals, for example S-Video, Composite, or Component video signals from sources **120** such as a DVD **154** and a VCR **156**. The outputs from the second switch **158** are then converted to RGB signals using an RGB converter **160** before being input to the switch **170**. The RGB converter **160** in other embodiments can be integrated into the second switch **158**. Any of these sources **120** of A/V information can be routed to any of the attached output devices **130** such as a monitor **162** or projector **164** through appropriate commands issued by the server **100** to the switch **170** and second switch **158**.

Other embodiments allow geographically or physically dispersed locations to be accessed and controlled from a single server **100**. For example in one embodiment a transceiver **114** located in one portion of a presentation environment **110** is used to address devices **270** located in that one portion of the presentation environment **110** while the server **100** is located at a geographically remote second location that is separated from the one portion of the presentation environment **110** and only accesses the one portion of the presentation environment **110** via the transceiver **114** or direct links to the devices **270** in that one portion of the presentation environment **110**. In still another alternative embodiment, high-speed data connections between locations and additional devices **270** for compressing, decompressing, and forwarding audio video and control information between locations are used to allow the physical separation of source devices **120** from output devices **130** across longer distances thus allowing geographically distributed management, routing and control of an integrated presentation environment **110** spread across a number of dispersed locations. Even in a unitary presentation environment **110**, for example a presentation environment **110** comprising a number of rooms within a single building, it is common to include switching and converter equipment such as the RGB Converter **160** to transform high-definition (HD) video signal signals in either analog or digital formats such as the analog Component Y/Pb/Pr format and digital High-Definition Multimedia Interface (HDMI) into other standards suitable for display on non-HD devices for example. The reverse can be implemented to support old signal formats on new HD devices. Similarly, converters for playing audio on existing audio systems **144** can also be supplied for new analog and digital audio standards and associated interfaces, including but not limited to the AC-3, Dolby® Digital® 5.1 and 7.1 standards and S/PDIF interfaces.

Each of the links drawn between specific elements of the presentation environment **110** represent static connections that exist in the presentation environment **110**. The topology of these static connections are stored as part of the server's **100** configuration for a given presentation environment **110** as an environment model that represents the devices **270** and other details of the presentation environment **110**. The server **100** is configured with information regarding the types of connections that can be made and the equipment or devices **270** available in the presentation environment, such as one or more switches **170**, that enables the server **100** to make those connections and route the information between the individual devices such as the DVD player **154** and the projector **164**. The switches **170** create interconnections that associate or connect the various static connections, thereby creating a path or a linkage between devices **270** allowing them to communication by and between each other. An interconnection in some embodiments possesses attributes associated with the type of static connections that are linked together. For example a static connection linking an RGB output port from a source device **120** to a switch **170** is associated as carrying a video signal by virtue of the ports, or nodes on a given device **270** that are linked together. The specific interconnections established between devices **270** as well as the device control and the device state attributes, or device configuration, associated with a specific presentation environment **110** state are referred and stored in the server **100** as scenes. A scene thus creates a representation, or state model, of the devices **270** in the environment **110**. The use of scenes to define various device states allows a user to rapidly recreate a given environment state, representing specific device states and interconnections, by retrieving a specific scene.

In the embodiments of the present system and method adapted for use managing and controlling A/V environments, the term scene is used to generically describe something that in other environments might be referred to as a macro. Effectively a scene represents a group of events or commands that are issued to the devices **270**, including queries of device states, necessary to configure a specific user environment in a desired manner. Similarly, a presentation, which represents groups of scenes, can be considered a grouping of macros.

In the embodiment shown in FIG. 1*a*, the server **100** issues control signals to the communication transceiver **114** that manipulate specific devices **270** in the presentation environment **110** to create a specific room configuration or state. As part of a particular configuration of the state of the presentation environment **110**, the devices **270** are manipulated to create specific routing between different source devices **120** and output device **130**. Further, the control signals transferred through the communication transceiver **114** can also be sent to specific sources or source devices **120** and output devices **130** in order to configure, monitor, or control specific information associated with those source devices **120** and output devices **130**. Further, control signals output from the communication transceiver **114** can also be attached to other physical actuators, sensors, or other systems such as lighting control modules or motor controls associated with projection screens and windows coverings, generically referred to as, environmental controls, environmental sensors, or environment devices **142**. These environment devices are also referred to alternatively as detached devices, meaning that the devices sensor or influence the environment, but they are not a part of the routing of signals through the environment. Using these environmental controls **142**, in the embodiment shown, the server **100** is capable to adjusting lighting and other aspects of the presentation environment **110**. Thus, the server **100** is able to issue commands through the communication transceiver **114** to manage, route and control the flow of A/V information and actuate environment controls **142** located within specific rooms and other spaces located in the presentation environ-

US 10,367,912 B2

7

ment 110 in a manner that allows the presentation environment to be readily reconfigured and controls in a variety of ways.

Types of Connections

For an A/V system, there are typically three types of connections to be made:

Video;

Audio; and,

Control.

The first of two of these types are the signal levels and can be grouped together on the same diagram as shown in FIG. 1*b*. The control or command level can be depicted separately as shown in FIG. 1*c*. The architecture of the present system and method allows the separation of command communication from the data or signal communication links. This separation is useful in certain circumstances to ensure that command communications are not hindered or interrupted by the flow of data in the environment.

In the embodiment shown in FIG. 1*b*, the audio and video signal level connections are made between the different sources of video and audio information such as a webcam **180**, a satellite receiver **182**, a DVD player **154**, a set-top box **184**, or audio video data from a second switch **158**, and output devices, in this FIG. 1*b*, there is a single consumer or output device **130**, a video projector **164**. The connection between these multiple sources of A/V data and the output device is through a switch **170**. The control or command level schematic shown in FIG. 1*c* enables the server **100** to control the operation of the switch **170** and the plurality of A/V sources **120** and output devices **130** in the presentation environment **110** by passing commands through a network **118** to a communication transceiver **114** that translates the commands issued by the server into specific control signals **116** output from the communication transceiver **114** to the sources **120**, output devices **130**, and the switch **170**. By use of a communication transceiver **114**, the server **100** is abstracted from the actual physical medium or protocol used by the devices **270** for controlling the flow of signals through the presentation environment **110**, such as switches **170**, sources **120** and sinks **130** of information or for controlling the environment controls **142**. In the embodiment shown in FIG. 1*a* and FIG. 1*c*, the communication transceiver **114** converts commands from the server **100** to device specific control signals **116**. The types of control device connections can in alternative embodiments include a number of connections known to those of ordinary skill in the art including but not limited to the following exemplary connections: RS-232/RS-485 serial ports, Ethernet, Universal Serial Bus (USB), Infrared such as IrDA, RF, and other wireless connections.

Although the embodiments depicted in FIG. 1*a*, FIG. 1*b*, and FIG. 1*c* depict a single communication transceiver **114**, multiple communication transceivers **114** can be spread throughout a facility, or even multiple physically disparate locations to enable the server **100** to control multiple A/V environments with only the need to connect to them via an IP network **118** such as the Internet or company Intranet. In this manner it is possible for a single server **100**, operated by a single client **102** to control a broad environment and effectively control multiple A/V presentation environments **110** in physically isolated locations and manage the experiences of people in each of those presentation environments **110**.

Hardware System

FIG. **2** is a block diagram highlighting the logical components of one embodiment of the present system and method adapted for audio visual device management, rout-

8

ing and control. Specifically the present system and method is structured as client/server control application. The server application, generally referred to as the server **100**, operates on a general purpose computing platform, such as a Windows or Linux platform, maintains a database **202** or other data store that stores details describing the control environment and its configuration, and issues the control commands in response to commands sent from the control client **102**. The control client **102**, also known as a control panel provides a means for controlling the system through a user interface, a graphical user interface or other application to enable control of devices **270** in the presentation environment **110**. In some embodiments the control client **102** includes the ability to use of preset and saved system states, which are referred to as scenes and to enable groups of scenes to be presented in sequence, which are referred to as presentations.

Server

The server **100**, provides a location for the control and storage of multiple components and elements of the present system and method. In the embodiments depicted, the server **100** is shown as a single unitary machine that can interface with multiple control clients **102** and presentation environments **110**. In alternative embodiments, the server **100** can be a multiplicity of physical machines working redundantly enabling hot-swap or fail safe capabilities across a network **118** or alternatively distributing computing and processing loads. In still another embodiment, the elements of the server **100** are distributed such that individual elements or components are distributed to different locations across a network **118**. In one alternative embodiment a dedicated server **100** can be used solely as a server for the database **202** that hosts the application data **204** while one or more additional servers **100** connect to the database **202** via the dedicated server **100**.

Server Functions

Some exemplary high-level functions of an embodiment of the server **100** include:

Manages users and user access.

Maintains lists of all devices and their configuration settings.

Maintains lists of presentation spaces or rooms and all devices available to each presentation space.

Maintains all information relating to scenes and presentations.

Provides control of all devices through classes and configuration information.

Maintains schedules of all presentations and prevents conflicts in scheduling for all devices.

In the embodiment depicted in FIG. **2**, the server **100** is a computer running the Linux operating system. Although this embodiment the server is operating in a Linux based environment, a variety of different operating systems such as Windows and others can be used by one of ordinary skill in the art. The server **100** runs a web server **200** program to interface with control clients **102** to receive information and commands, provide feedback, implement the application rules necessary to run the system and perform the functions described herein, in addition to communicating with the presentation environment **110**.

Web Server Component

The server **100** in the embodiment shown in FIG. **2** has a web server **200** for Java-based web applications, in this embodiment a Tomcat server. A Tomcat server is a Java-based web application container to run servlets and javaserver pages (JSP) for creating dynamic, web-enabled applications. Although the web server **200** shown in this

US 10,367,912 B2

9

embodiment is a Tomcat server, alternative methods of implementing the system and method disclosed herein are apparent to those of ordinary skill in the art. In the embodiment depicted in FIG. **2**, the means for implementing the control server, shown as atmospherics.war **240** in the diagram, is deployed via the tomcat application or web server **200**.

Database

The database **202** implements a data model **900**, an embodiment of which is depicted in FIG. **9**. In the embodiment depicted in FIG. **2** and FIG. **9**, the database **202** is a relational database, and more specifically a PostgresSQL relational database. In alternative embodiments, the database **202** can be implemented using a multiplicity of methods known to those of ordinary skill in the art including using object-oriented or associative databases or other data structures. Regardless of the type of database **202** used, the embodiment of the data structure depicted in FIG. **9** will provide a guide as to types of information stored within the database **202**.

Many types of information are shown the embodiment of the data model **900** shown in FIG. **9** stored in the database **202**. Some specific types of information are highlighted below:

User information **902**—that stores both individual user settings and preferences and works in conjunction with the access control level permissioning **904** to enable users to access specific configuration options, capabilities and system rights.

User Interface Widgets **906**—defines the specific user interface widget proto-elements that are linked to a device configuration and are integrated to create a set of controls and other user interface objects to be rendered on the control client **102**. For example, the volume up-down element **880** can be considered an example of a user interface widget. In some embodiments selected User Interface Widgets **906** are selected by a user or administrator to be displayed on selected user interface screens to provide quick controls for manipulating selected attributes of a device **270** directly from a presentation screen as depicted in FIG. **15**.

Device configuration **908**—handles information regarding the devices **270**, including output devices and source devices and control devices to be controlled by the system and method. In another embodiment, the device configuration **908** includes details of virtual devices or device **270** characteristics to emulate devices that are not physically connected to the presentation environment **110** or shared devices that are not currently available within the presentation sub-environment.

Device groups **910**—in one embodiment maintains information regarding devices **270** located in presentation environments **110** and in another embodiment maintains information regarding shared or pooled devices **1450** (see FIG. **14**) with common attributes or characteristics that are selectably assignable to presentation sub-environments.

Device connections and routing **912**—holds information regarding specific physical static connections between different devices **270**, and routing capabilities (e.g., available static connections that are physically capable in the room) that enable the server **100** to issue commands to control interconnections between source devices and output devices or issue other control device commands. Information contained within this data set is also used to restrict specific connections such as

10

restricting the data sent to a speaker system to be only audio data or limiting the number of connections to or from a given device. The device connections and routing **912** provide an environmental model for the server **100** of the presentation environment **110** and the various devices **270** and other elements located within or associated with the presentation environment **110**.

Scene and presentation control **914**—Stores information pertinent to a specific scene configuration or a series of different changes in system state over time, such as that embodied in a presentation where the presentation environment **110** is commanded to change state by implementing moving from one scene to another at different times, or in response to specific triggers.

Event handling **916**—provides controls and information for the server **100** to handle different changes in the system state, including different reporting operations and failure recovery and fault trapping details.

Application Server Architecture

An overview of the server application architecture **300** of the server **100** is depicted in FIG. **3**. The server application architecture **300** shown in the embodiment depicted provides an overview of the interactions between different software elements comprising one embodiment of the server application architecture **300** of the system and method. The depicted embodiment details only one possible, exemplary architecture available to one of ordinary skill in the art for implementing the server application architecture **300** of the present system and method. The application service architecture **300** of the server **100** in the embodiment of the system shown in FIG. **2**, is implemented within the atmospherics.war **240** component of the tomcat application server, or web server **200**.

The server application architecture **300** comprises a number of discrete modules. A description of a selected number of the discrete modules is provided below.

Presentation Layer

The presentation layer **302** provides the primary user interfaces for control clients **102** connecting to the server **100**. There are three primary user interface apps, **320**, **322**, and **324** that generate a user interface for a given control client **102** based on the information provided by that control client **102** including the user, permission levels, presentation environment **110** and other factors. The first of the three user interface apps are a system configuration webapp **324** allowing a user to configure the system. The second is the system control flash app **302** that enables a control client **102** to control devices, and create and store scenes and presentations. The third is a control phone app **320**, that provides user interface specific information and controls to the control client **102** to enable it to control a phone, such as a VoIP Phone **210** and to render a control panel on a VoIP Phone **210** thereby enabling inputs by a user to a VoIP Phone **210** are able to issue control commands to the server **100** that in turn reconfigures the presentation environment **110** based on the desired inputs. The control phone app **320**, although it specifically describes controlling a phone, it is obvious to one of ordinary skill in the art that other network or internet enabled devices could also be interfaced with the system via a user interface app similar in nature to the control phone app **320**.

Remote Communication Layer

The remote communication layer **304** supports a variety of high-level services for handling communication sessions with the server **100**.

US 10,367,912 B2

11

Application Service Layer and Others

The application service 306 provides the back end processes and business logic necessary to operate the system and respond to specific system events and user inputs. The application service layer 306 works together with the component service layer 308, the domain model 310, persistence layer 312, and device control layer 314 to respond to user input provided from a control client 102 and thus allows the system to manage, route, and control multiple A/V sources and output devices as well as other devices. Within the application service 306, an event engine as described below, is used to generate, monitor and handle different actions, triggers, and changes in the system. Underlying the server application architecture 300 are multiple off-the-shelf and customized third party frameworks and libraries 316 that provide common functionality to the application service 306.

Device Control Library

Within the device control layer 314, a device control library 340 is provided. The device control library 340 provides interface specifics and details needed by the server 100 to interpret specific device 270 attribute information received for a given type, make and model of a device 270 and also how to structure commands suitable for the given type, make and model of the device 270 to be part of the controlled user environment. The device control library 340 in some embodiments also maintains specific details on how to communicate, monitor and respond to specific communications or responses provided by the device 270 being controlled. For example, the device control library 340 can provide details of how to structure instructions to a specific type of audio system 144 to raise and lower the volume. The same device control library 340 driver for the same audio system 144 in some embodiments also provides a monitoring function that communicates with the audio system 144 to detect faults or other problems and report the details of those respective fault events to the system for response. The contents of the device control library 340 are updateable from time to time by the user upon demand and via query to remote license and driver servers.

Some exemplary types of are detached devices found in a device control library 340 adapted for use with an A/V system include environmental devices 142. Environmental devices 142 include control equipment that controls lighting in a room, including on/off switches, dimmable lighting and shades and other windows obscuring systems as well as temperature controls, power switches, and preset configuration controls. Other types of environmental devices 142 include sensors such as ambient light sensors, motion detectors, temperature sensors, humidity sensors, and switches or buttons present within the presentation environment 110.

Control Client

The embodiment of the control client 102, as depicted in FIG. 2, is shown as a Windows® computer and the control client 102 is implemented using a standard internet or web browser 220 running on the computer. Although the embodiment shown depicts a Windows-based client interfacing with the server 100 through a web browser, multiple other embodiments include the use of a dedicated player, such as a standalone Adobe/Macromedia® Flash® player or a Java® applet, or other method of accepting and interpreting the information provided by the server 100, receiving input from the user, and then transferring the command and control information back to the server 100. A number of other operating systems are readily supported as known to those of ordinary skill in the art such as Windows® Mobile, Windows® CE, Mac® OS, Linux, BSD and others. By

12

abstracting the user interface from the specifics of the control client 102, the system is able to render a user interface on a variety of different platforms running a range of different software while providing as much information and details as possible on the control client 102 relative to the capabilities of the control client 102. For example, in one embodiment, the server 100 evaluates the capabilities of the control client 102 upon log-in and then provides a customized user interface based on the ability of the control client 102 to handle the interface. In one embodiment, if the user logs into the server 100 via a handheld personal data assistant with limited display capabilities, the user interface is rendered to the control client 102 is rendered based on the details and capabilities of the personal data assistant and has possesses less information to be presented to the user. Other methods of creating a dynamic user interface on the control client 102 through communication with a server 100 can be implemented and are apparent to those of ordinary skill in the art.

The control client 102 in some embodiments is a thin-client such as a Voice over Internet Protocol (VoIP) phone 210 or another closed architecture device. The server 100 communicates with the closed or proprietary architecture device local system control phone app 212 through the system control phone app 320. The user can then input commands via the VoIP phone 210 that are supplied to the server 100 to change the state of the performance environment 110 and execute scenes and other programs. In some embodiments, the control client 102 is capable of providing a customized user interface 102 for the VoIP phone 210 that enables the user to access specific functionality on the server 100 using the menus and features of the VoIP phone 210 using either a specialized sub-application running on the VoIP phone 210 or using a generalized interface for to the VoIP phone 210.

System Control Client Architecture

The control client 102 in the embodiment depicted in FIG. 2 can prepare two client-side web applications, a client system configuration webapp 222 for configuring the server 100 and a client system control webapp 224 for controlling a given presentation, scene or presentation environment 110. Access for a user to specific features and capabilities of the system through both the client system webapp 222 and the client system control webapp 224 are limited based on the specific rights and privileges associated with a given user. Further, for some users they are unable to access the client system configuration webapp 222 at all since they have limited user privileges.

System Configuration Webapp

The client system configuration webapp 222 local to the control client 102 and receives information from the server 100, and more specifically the system configuration webapp 324 that it renders into a user interface for the user using a player resident on the control client 102. In the case of the embodiment depicted in FIG. 2, the player is embedded within a web browser 220. The client system configuration webapp 222 on the control client 102 renders the user interface sent from the server 100 via the system configuration webapp 324 to allow the user to configure the server 100. Some exemplary configuration actions the user can take include defining elements or devices 270 in a specific presentation environment 110, including static connections within the presentation environment 110, creating and storing device 270 and system state details, i.e. storing scenes for present or future use, or ordering multiple scenes together into a presentation, and managing users and user rights. In one example, a user who logs into the server the

US 10,367,912 B2

13

system configuration webapp 222 on the control client 102 who does not have sufficient privileges to modify user accounts is not presented any option to access any screens to modify user accounts by virtue of the system configuration webapp 324 not transferring details of how to render the modify user account screens to the control client 102, thus the user interface only presents details and user interface objects to the user that the user has the ability to manipulate.

System Configuration Webapp Functionality

The system configuration webapp 324 renders for the user on the control client 102 via the client system configuration webapp 222 and thus enabling the user to adjust several important parameters of the server 100 to effect the operation of the system. Specifically, the system configuration webapp 324 allows a user with appropriate access privileges the ability to: add and remove devices 270; provide additional details to devices 270 including device names; serial numbers; asset tag numbers; purchase details and physical location information; associate various devices 270 with specific sub-environments or rooms in the presentation environment 110; manage users; provide pointers to specific device 270 background information and details including links to external uniform resource locators (URLs) for additional documentation; and, trouble shoot problems with devices 270. Thus the system configuration webapp 324 and the client system configuration webapp 222 provide the user with the ability to customize the server 100 and thus the operation of the system.

System Control Webapp

The client system control webapp 224 is local to the control client 102. The architecture of the client system control webapp 224 is shown in FIG. 4, and it contains a plurality of different components that interact to provide a user of the control client 102 the ability to control devices, call-up scenes and presentations in a specific presentation environment 110. The client system control webapp 224 has multiple components to render the user interface on the control client 102. A custom skin 402 library provides visual coloring and effects to the baseline user interface control widgets that are defined by the device control user interface library, 404, and the extended device control user interface library 405. The user interface control and information widgets are used to populate the user interface framework 406 that defines the overall layout, navigation and control widget features. These interface widgets interface with the customized flash application 410, which extends the standard flash player 412, and other elements of the client system control webapp 224 to enable a user to receive feedback on system status from the server 100, and issue commands to the system. Sessions with the server 100 are handled by a server communication framework 416, while a flash remoting application 414 facilitates transferring flash content between the control client 102 and server 100.

User Interface

Multiple examples of a user interface on a control client 102 are presented in schematic form in FIGS. 5-7 and a single rendered form in FIG. 8. Additional embodiments of rendered user interfaces are depicted in FIG. 15 through FIG. 18.

Quick Controls

In another implementation, the user interface further comprises quick controls or customizable controls that allow a user to customize some or all aspects of the user interface and associated user interface widgets presented to the user on a control client 102. In one aspect, the quick control allows the user to specify specific options and or control options that are presented upon startup. For example, in the

14

exemplary rendered user interface 1500 shown in FIG. 15, the user establishes a quick control, in the depicted embodiment a dialer quick control 1502 that is associated with the scene and a particular device 270. The quick control widget in one embodiment is a standard user interface widget that is presented to the user when configuring the device 270 using a device configuration screen. In another embodiment, a specialized user interface widget is provided for use within the desired screen that provides an alternative presentation specially adapted for use as a quick control. In the depicted embodiment, the dialer quick control 1502 is provided to the user client 102 for rendering as part of the user interface 1500 when the user selects the "Audio Conferencing" scene selector 1504. The quick control 1502 itself is associated with the scene by either the user who creates the scene initially or by an administrator who defines the default quick control for a given configuration within a presentation environment 110.

Thus, when the user is identified by the system and selects the desired scene using the scene selector drop down 886 as shown in FIG. 8, or via the scene selector list box 1506 as shown in FIG. 15, the quick control associated with that particular scene is presented in the user's desired configuration. In yet another example, depicted in FIG. 8, the routing control 870 tab active rather than the device control tab 890. In this manner, the user is able to obtain direct access via the quick control to the desired user interface widgets to directly access either the device 270 control or directly access a subset of the device 270 controls, such as a dial pad or dialer quick control 1502 for placing a call on a video conferencing system 262 or an alphanumeric pad for inputting specific commands.

In another aspect, the quick controls are used by the server 100 to provide the user access to user interface widgets that allows the user to directly access desirable controls or configuration management interfaces that otherwise would not be available on the current user interface screen mode. In one exemplary embodiment, one or more quick controls are configured to present a device configuration user interface widget to the user directly on the presentation control user interface 600 without requiring the user to navigate away from the current mode and screen of the user interface. In this manner, the quick controls allow the user to access desired functionality, based on user or administrator preferences, to directly access configuration or user interface widgets that would otherwise require the user to navigate away from the current user interface screen to reach the control.

In another embodiment, the use of quick controls allows the user to define specific customized user interface widgets or elements, such as buttons or selection boxes, that are rendered as part of the user interface presented to the user on a control client 102. In one exemplary embodiment, a portion 1510 of the user interface on a control client 102 is customized to allow a set or series of specific user interface widgets to be presented to the user. This portion of the user interface in one instance is customized by the administrator to show specific user interface widgets associated with device 270 that are present and in use in a given scene in the presentation environment 110. For example, in the embodiment depicted in FIG. 15, the administrator configures a subset of quick controls to be displayed to the user as part of the presentation environment, thereby allowing the user to use a quick control to adjust lighting 1512, adjust volume 1514, mute all 1516 and turn on and off 1518 all devices 270 in the presentation environment 110. In another instance, the user is able to associate specific user interface widgets with

US 10,367,912 B2

15 16

a scene that the user defines. In one aspect, the quick control may represent a click-to-dial user interface widget to access a video conferencing system **262** present in the presentation environment **110** and configured as part of the scene. The use of quick controls in the user interface thus allows the user to define specific user interface widgets that enable access to specific device **270** functionality and or other tools and operations directly from a scene control interface.

The quick controls in various embodiments are configured and stored for retrieval and use with specific users and scenes in the database **202** by the server **100**. In one embodiment, specific quick controls are selected and presented to a user associated with specific scenes based on definitions by an administrator. For example, the administrator may configure a quick control that provides direct quick control access to a dialer for a video conferencing system **262** whenever the user uses a scene that includes that capability within the presentation environment **110**. The administrator associates the desired quick control, in this case a dialer quick control **1502** for accessing a dialer user interface widget, with the video conferencing system **262** and the association is stored within the database **202**. In this manner, when a user activates a scene that includes the associated device **270**, in this case the video conferencing system **262**, the quick control is rendered on the scene control panel on the user interface rendered on the control client **102**. In another instance, the administrator associates one or more quick controls with a given scene definition so whenever a user loads that scene definition the quick control associated with the scene definition is retrieved and rendered for the user. In this manner, the administrator has the option to provide specified quick controls with any scene or associated with a specific device **270** that is accessed by a user in the presentation environment **110**. In another instance, the user is able to access desired quick controls associated with a given device **270** or a given scene in the presentation environment **110**. These associations are also stored in the database **202** and associated with the combination of the individual user and the specified device **270** or scene, such that the desired quick control is identified and loaded whenever a scene or device **270** associated with the quick control is accessed by the user. In this manner, the quick controls are defined and associated with specific devices **270**, scenes, and users or classes of users in the database **202**. The association information is requested by the client from the server **100** when rendering a scene and building the user interface for presentation to the user on the control client **102** such that the desired quick controls associated with the scene or devices **270** present in the scene are presented for use within the user interface framework **406**.

Scene Editor

FIG. **5** depicts a schematic view of an embodiment of the scene editor **500** interface where a user can define a specific scene for a specific room **502** by defining the state of devices **270**, in this case the device under configuration **506** is a display. Based on the specific room **502** selected by the user, a different series of device selection buttons **504** are presented to the user. For example, if a specific room **502** within the presentation environment **110**, does not include any audio mixers, then the device configuration tab for audio mixers would not be rendered on a user interface, in contrast the ability to configure that device **270** provided in the scene editor **500** interface embodiment shown.

Overall room controls **503** are also provided to the user so they can evaluate all of the systems in the room, e.g. power on and turn the volume up, down, or mute regardless of the specific devices being used. The overall room controls **503**

provide a means for controlling all of the devices **270** associated with a given portion of the presentation environment **110** at the same time. This zone control allows the user to control the operations of multiple devices using a single control input. In the case of on/off controls the zone control effectively tells the server **100** to turn all of the devices **270** associated with that zone control to power up or down respectively. In the case of a graduated control, e.g. volume, the zone control provides a generalized user interface control to the user, such as a control numbered from 0 to 10. Then the zone control translates the user input on the zone control into the equivalent experienced by the device **270**. For example, in one embodiment with two audio devices, one with a full scale volume input of 0-20 and the other with a full scale volume input of 0 to 100, the mapping from the single 0-10 input from the user into the others full scale range using a straightforward linear mapping. Other mapping functions can be created including logarithmic mappings or other customized mapping as required. These customized mapping functions, in some embodiments, are integrated into the device driver files and directly translate or map the user input to the device input when the configuration commands are issued to the device **270**.

Presentation Player

FIG. **6** depicts a schematic view of an embodiment of the presentation control user interface **600**. The presentation player **602** provides a user interface on the control client **102** that enables a user to select a specific presentation **604**, skip either forward **606** or backward **608** from scene to scene, and play **610**, pause **612** or stop **614** the presentation. The presentation control user interface **600** is showing the routing control user interface **620**. The routing control user interface **620** allows a user to for a link or communication path for A/V data or signals by selecting a source device node button **622** to choose a specific a source device **120** and then selecting the type of signal to transfer using the signal routing type button **624** and selecting via the output device selection button **626** the destination or output device **130** for the A/V data. Once the user selects the type of source device **120**, the signal routing type button **624** and the available output device buttons **626** change to reflect the type of signal produced by the selected source and the ability to route the signal to the output device **130** as well as the ability of the various accessible output devices **130** to accept that type of signal, which includes any converters **160** that are present in the presentation environment **110** to change the signal. The presentation control user interface **600** in some embodiments also restricts viewing of the different source devices **120** available to the user based on the type of output device **130** selected, for example when the user selects a specific projector **164**, only source devices **120** capable of being routed to the selected project and capable of producing a signal usable by the projector **164** are displayed as being available for routing.

When defining these routes using the routing control **620**, the user is presented with the devices **270** that are available to the user based on the presentation environment **110** or room **502** they are using, their rights, and any other environment information. In one embodiment, after selecting a specific source devices **130** by selecting a source device node button **622**, the route mode **624** only presents route mode information that the source device **130** and the presentation environment **110** has been configured to accept or allow. In the embodiment displayed, the signal types capable of being routed from selected via the source device node button **622** is both audio and visual data as shown in the type of available routing mode **624** displayed in the routing

US 10,367,912 B2

17

control **620**. In this embodiment, after selecting the routing mode **624**, the devices **626** that information can be routed to, based on the configuration of the room **502** and the type of data to be routed, is presented to the user to enable them to complete the routing connection. In other embodiments, the presentation environment **110** may allow multiple routes to be formed, for example from a single laptop **150** video output selected as the selected device node **622** the signal can be routed to a splitter (not shown) that splits the signal into two discrete signals. Then output from the splitter can be routed to a first projector **164** and a second projector **164** placed in another portion of the room **502**. In still other alternative embodiments the routing for different types of signals can be separated, meaning that the video output of a DVD player **154** is routed to a video device such as a monitor **162** while the audio output of the DVD player **154** is routed to the audio system **144**.

Presentation Selection and Editing

FIG. **7** depicts a schematic view of an embodiment of a presentation definition control **700** user interface. The presentation definition control **700** user interface enables the user to select via the presentation selection interface **702** a specific presentation to access.

Rendered User Interface—Presentation Player

FIG. **8** depicts a rendered user interface **800** of the previously presented control user interface **600**. Shown in FIG. **8** is a general volume control interface **880** that provides a zone control interface for all devices in the selected room **502** of the presentation environment **110**. The presentation control user interface **600** highlights the name of the selected presentation **884** and details which scene within the presentation is currently playing via the scene selector drop down **886**. The scene selector drop down **886** in this embodiment allows a user to quickly shift between different scenes within the sequence of scenes found within a presentation.

Exemplary Control for Devices

The following examples detail some exemplary commands and attributes for a given device **270** to be controlled by the system and stored within the device configuration **908** located within the database **202**. These command and information definitions are not intended to provide exemplary instruction to one of ordinary skill in the art necessary for one to adapt this information to other systems and provide insight into how commands and user interface widgets can be abstracted from the details of the devices **270** being controlled. The following styles are used to define the device commands and attributes provided below:

    name=Attribute command

    (D)=Device command

    (ROA)=Read only attribute

Group/Room Control

These are commands and attributes that are issued to a group of rooms, or a single room, effectively as a whole. For example, if there are multiple environmental devices **142**, such as light controls in a given room, the lights **260** up or down command would be issued to all of the light control devices in the room. Similarly if there are other environmental devices **142** in the form of controllable shades **266** in the room **502**, the group or room control can be configured such that lowering the lights **260** in the room also draws the shades **266** to darken the room. Or alternatively if there are multiple audio sources, then a mute command would be issued to all of the audio devices **258** in the room.

    power=[true, false]

    (D) volumeUp

    (D) volumeDown

18

    mute=[true, false]

    (D) lightsUp

    (D) lightsDown

Power

Power is a command that enables the system to power an individual device **270** on or off. The power command can be issued either directly to the device **270** or alternatively can be directed to a controllable power supply or distribution channel.

    power=[true, false]

Shades **266**

Shades **266** represents a type of environmental control **142** that controls window coverings.

    (D) Open

    (D) Close

    status=[% open]

Media Player **268**

A media player **268** is an arbitrary type of generalized A/V signal source or source device **120** that plays different types of media, including tape.

    playStatus=[play, stop, pause]

    (D) fastForward

    (D) rewind

DVD Player **154**

A DVD (Digital Versatile Disk) Player **154** a type of source device **120** adapted to play DVD discs and in some embodiments compact audio discs.

    title=[numeric value of title]

    chapter=[numeric value of chapter]

    (ROA) numberOfTitles=contains total number of titles on disc

    (ROA) numberOfChapters=contains total number of chapters on current title

    (D) nextChapter

    (D) previousChapter

    (D) menu

    (D) cursorUp

    (D) cursorDown

    (D) cursorLeft

    (D) cursorRight

    (D) select

Display **162**

Representing a general purpose output device **130** such as a television or monitor.

    aspectRatio=[standard, widescreen, zoom]

In the case of a general purpose output device **130** as a projector, additional attributes include:

    (ROA) bulb hours

    (D) Video input select

In some instances, the general purpose output device **130** possesses the attributes of multiple devices, such as a projector and an audio output device, representing a projector with integrated audio output capabilities.

Audio **258**

An audio output device **130**.

    mute=[true, false]

    volume=[numeric value of volume]

Windowing Box (RGB Spectrum)

The windowing box is controlling an RGB rendering tool, such as the Video to RGB converter **160** shown in FIG. **1**.

    (D) zoomIn1, zoomIn2 . . . (as many as there are windows, inputs)

    (D) zoomOut1, zoomOut2 . . . (as many as there are windows, inputs)

    (D) up1, up2 . . . (as many as there are windows, inputs)

    (D) down1, down2 . . . (as many as there are windows, inputs)

US 10,367,912 B2

19

(D) left1, left2 . . . (as many as there are windows, inputs)
(D) right1, right2 . . . (as many as there are windows, inputs)
preset=[(enum) either numbers or text labels]
label1, label2 (as many as there are windows)=[text field]

Lighting 260

Lighting 260 represents a type of environmental device 142 or detached device present in the presentation environment 110 that effects the environment, but is detached from the signal flow established between source devices 120 and output devices 130 via any control devices 140.

(D) lightsUp
(D) lightsDown

Single Zone Control

A zone is a logical grouping of nodes, elements or devices and can be large or small in number. A zone can encompass a number of presentation environments 110 or rooms 502, a set of devices 270 within a room 502, or even a number of nodes within a single device 270.

(D) rampUp
(D) rampDown
(D) stopRamp
intensity=[numeric value of intensity (1-100)]
power=[true, false]

Multizone Control

A multizone control is one that controls many zones per control unit, effectively aggregating multiple zones into a single user interface.

(D) rampUp1, rampUp2 (as many as there are zones)
(D) rampDown1, rampDown2 (as many as there are zones)
(D) stopRamp (will stop ramping of all zones)
intensity1, intensity2=[numeric value of intensity (1-100)] (as many attributes as there are zones)
preset=[numeric value of preset]
power=[true, false] (basically ramps all to max or all to 0)
(ROA) numberOfZones=number of zones on the configured control unit

Master Control Unit Control

The master unit control provides a control suitable for all devices 270 or substantially all devices 270 present in a presentation environment 110 enabling commands to be issued to all devices 270 associated with the presentation environment 110.

(D) rampUp
(D) rampDown
(D) stopRamp
preset=[numeric value of preset (1-16)]
Room temperature=[numeric value]
(D) maxCOOL
(D) maxHEAT
Motion=[true, false] (triggered based upon motion detector or RFID presence)

Other devices depicted in FIG. 2 as being controlled include video conferencing systems 262 that link multiple conference rooms together, a camera 264 for live viewing or contemporaneous recording of the room, and a Keyboard, Video, Mouse (KVM) switch 250 that can be enabled to provide a system administrator or presenter access to input devices located within a given presentation environment 110 such as a keyboard or mouse.

The total number and types of devices 270 present in a given presentation environment 110 can vary significantly with a variety of different mixtures of source devices 120, output devices 130, switches or control devices 140 and detached devices or environment devices 142, including environmental sensors and actuators available for configu-

20

ration, query, command and control. In the case of environment devices 142 that provide environmental information, such as ambient temperature sensors, humidity sensors, ambient light sensors, discrete input devices such as switches, and room occupancy sensors the server 100 maintains drivers capable of monitoring the information provided by these environment device 142 sensors and capturing specific events generated by these sensors for response by the system.

Device Pooling

One embodiment of the present system and method is the ability to share a single device 270 across multiple sub-environments within a given presentation environment 110. For example, referring to FIG. 14, a given presentation environment 110 is depicted with a first presentation sub-environment 1410, a second presentation sub-environment 1412, and a third presentation sub-environment 1414. Each of the three sub-environments (1410, 1412, and 1414) has a set of devices 270 associated with that particular sub-environment. For example, in one exemplary embodiment, the first sub-environment 1410 has a projector 164, audio output 258, and microphone 1420 physically located within the first sub-environment 1410. A first video conferencing system 1400 and second video conferencing system 1402 are available within the presentation environment 110 and can be selectably interfaced to any of the three presentation sub-environments (1410, 1412, and 1414). The video conference systems 1400 and 1402 represent a shared device, or generally a pooled device 1450. A pooled device 1450 is any device 270 that is adapted to be selectable or temporarily associated with one or more sub-presentation environments located within the overall presentation. In this manner, the first video conferencing system 1400 and the second video conferencing system 1402 are grouped in a logical pooled device 1450 group. The devices 270 in the logical pooled device 1450 group are then selectably connected to the desired presentation sub-environment (1410, 1412, and 1414) via a selector 1460.

The logical pooled device 1450 group represents a set of devices 270 with common characteristics that are able to be temporarily associated and selectively used with a given presentation sub-environment (1410, 1412, or 1414). The logical pooled device 1450 group is configured such that each device 270 within the logical pooled device 1450 group is capable of being associated with a single presentation sub-environment (1410, 1412, or 1414) and locked.

Referring now to the user interface of one embodiment shown in FIG. 16, a logical pooled device 1450 group is defined using the group definition user interface 1600. A name for referring to the logical pooled device group 1450 is provided in the name definition input 1602. The type pull-down 1604 identifies the selected devices 270 in the device group as a logical pooled device 1450 group and the device selection list 1606 details the types of devices 207 included in the logical pooled device 1450 group.

For example, the first video conferencing system 1400 can be scheduled, locked and associated for use with the first presentation sub-environment 1410. After the first video conferencing system 1400 is scheduled for use with a particular sub-environment, other users cannot schedule that device 270 in the logical pooled device 1450 group during the same period. After the first video conferencing system 1400 is locked for use with a particular sub-environment, other users cannot access or use it until the current user either releases it or a timer associated with either the scheduling of the respective presentation sub-environment or a predefined duration has expired. An example of the

US 10,367,912 B2

21                                                                  22

timer is shown in greater detail below with respect to FIG. 17. A subsequent user who wishes to use a video conferencing system from the logical pooled device **1450** group after the first video conferencing system **1400** is locked for use, is then able to schedule, lock and access the second video conferencing system **1402** for use with that user's presentation sub-environment. After all devices in a given logical pooled device **1450** group are locked for use, subsequent users are queued until the desired device is released by the prior user.

The server **100** manages the pooled devices **1450** associated with a logical pooled device **1450** group. The characteristics of the logical pooled device **270** group are defined during the initial system installation and configuration and those characteristics are stored and maintained in the database **202**. During system initialization, the server **100** obtains information associated with the logical pooled device **1450** group and establishes management control over the device group that enables the locking, release and management of the pooled devices **1450**. The relationships between the available pooled devices **270** of the logical pooled device **1450** group and the presentation sub-environments that are capable of interfacing with the available pooled devices **1450** are defined and stored within the database **202** using the same procedures are outlined herein.

The server **100**, in one embodiment, maintains a resource allocation calendar system stored within the database **202** that allows pooled devices **1450** from a given logical pooled device **1450** group to be scheduled for use with specified presentation sub-environments. The resource allocation scheduling system maintains scheduling details for the pooled devices **1450** and presentation sub-environments to avoid resource over allocation and provide users with details of available resources upon request. In one instance of this embodiment, the server **100** connects with an external enterprise calendaring and scheduling system to provide the devices **270** of the logical pooled device **1450** group availability to the external calendaring system and to obtain details of scheduled resource use from the enterprise calendaring system. In still another embodiment, the server **100** directly calls the external calendaring system to determine which resources of a logical pooled device **1450** group are scheduled for use or otherwise available at specific times and for setting timers for automatically releasing pooled devices **1450** from a given presentation sub-environment. In this manner, the server **100** interfaces with the presentation environment **110** scheduling systems to allocate the pooled devices **1450** resources to the desired presentation sub-environments as required by the scheduling requirements of the users. This also enables the use of additional business rules and checks to enable some users to override other users or for certain meetings and events to have established priority for accessing pooled devices **1450** or pre-empting other users in some circumstances and otherwise avoiding over-subscription of devices **270** prior to a user encountering the inability to access a pooled device **1450** due to existing in-use locks for the devices.

Virtual Devices

The user operating and accessing a given pooled device **1450** implements a proxy device or virtual device within the user's presentation sub-environment that enables the scene controlling that sub-environment to setup, access, and control the pooled device **1450**. For instance, the user who has scheduled video conference system **1400** in the logical pooled device **1450** group creates a proxy device associated with the type of devices **270** located within the logical pooled device **1450** group. The proxy device controller is

defined and stored within the database **202** as a virtual interface to the types of physical devices located within the logical pooled device **1450** group during the initial definition and establishment of the logical group. The logical pooled device **1450** group includes a proxy interface that allows the proxy device controller to interface and issue commands to the desired device **270** selected from the pooled device **1450** group. The proxy interface thus receives commands issued from the proxy device controller being used and operated by a user within a particular presentation sub-environment, translates and directs those commands to the pooled device **1450** that is associated with that particular presentation sub-environment and passes any reporting or status messages back to the proxy device controller. In this manner, the proxy device controller associated with the presentation sub-environment is used by the user to establish a control linkage via the proxy interface to the controlled pooled device **1450**. Thus, a user in the third presentation sub-environment **1412** is able to access and control the allocated second video conferencing system **1402** via the proxy device controller.

In defining and establishing a scene associated with a pooled device **1450**, the user defines the device **270** and incorporates the device **270** into the scene using the proxy device controller, or virtual device **270**. In some instances, the room device group that contains information regarding the types of devices associated with a given presentation sub-environment is updated to include proxy device controllers that are able to be associated with that room device group. The proxy device controller is defined during system configuration to reflect the common controls associated with the types of devices **270** present in the logical pooled device **1450** group that are available to a user in a given room or presentation environment **110**. For example, the first and second video conferencing systems (**1400** and **1402**) in the embodiment depicted in FIG. **14** include outputs for video and audio signals, inputs for video and audio signals, and a set of controls for operating the conference and a dialer. All of these controls and inputs and outputs are established in the proxy device controller that is implemented by the user in a scene.

The abstraction of the actual device **270** allocated in the logical pooled device **1450** group allows, in some embodiments, different devices **270** of the same fundamental type to be implemented transparently to the user. For example, in the embodiment depicted in FIG. **14** the first video conferencing system **1400** is manufactured by a different company from the second video conferencing system **1402**, wherein and the respective video conferencing systems have different control inputs and control formatting requirements although both have common control types (e.g., dialers, muting, blanking, making audio, and video connections). The proxy interface then manages and translates abstracted commands from the proxy device controller into signals required by the respective video conference system present in the logical pooled device **1450** group. In this manner, the specific type or manufacturer of the pooled device **1450** accessed by a user from time to time is abstracted and it is not necessary for a user to redefine different proxy device controllers for use with different pooled devices **1450** that are assigned to a given user for a given presentation event.

The proxy device controller or virtual device also provides additional functionality to the system by allowing the user to setup and operate a scene with the proxy device controller and mimicking the operation and connections of the device **270** without having the device **270** physically connected and/or operating. This virtual device capability

US 10,367,912 B2

23                                                          24

enables a user to setup an environment, use the environment and practice and test scenes, configurations and presentations at times when the desired pooled devices **1450** are not available. Then, when the pooled device **1450** becomes available to the user, the proxy device controller establishes a connection to the proxy interface and creates the physical and logical linkages to the environment necessary for the assigned pooled device **1450** to connect to the other devices **270** present in the presentation sub-environment, thereby subsuming the functionality of the virtual device with the actual connections and operation of the shared device seamlessly. In another aspect, the use of the proxy device controller allows a scene to be prototyped and saved using one of the pooled devices **1450**, such as the first video conferencing system **1400**. Then, when the user logs back onto the system and recalls the scene, the proxy device controller allows the second video conferencing system **1402** to be used in place of the first video conferencing system **1400** transparently to the user since each device **270** has the same interface. The addressing, routing and resource allocation that allows the user to take control of pooled devices **1450** is completed transparently.

In still another embodiment of the present system and method, a proxy control interface is used to create a virtual interface independent of a logical pooled device **1450** group. In this instance, the conceptual representation of a physical device **270** enables the operation of the system through specific equipment failures, facilitates implementation and debugging of system operation and installation, provides users with a mechanism for the debugging of complicated scenes and scene transitions, and facilitates the transfer of a device configuration from one presentation sub-environment to another presentation sub-environment where the set of available devices **270** are significantly different.

In still another embodiment, the logical pooled device **1450** group represents physical assets that are available for movement and/or allocation to different locations within a particular environments. In one exemplary embodiment relevant to an automated manufacturing environment controlled by the present system and method, a logical pooled device **1450** group represents an automated transfer vehicle that is designed to move manufacturing jigs and parts from location to location within the manufacturing facility. A given manufacturing facility may contain large numbers of automated transfer vehicles that must be scheduled and controlled in order to transfer equipment and parts from location to location. Thus, the vehicles are capable of being represented as a logical pooled device **1450** group with a proxy interface to transfer commands (e.g., go to location Y, interface with pickup tray, secure pickup tray, go to location Z, insert pickup tray into parts feeder, etc.) to the vehicles based on commands received from a proxy controller associated with a given sub-environment. In this manner, the proxy control interface is able to selectively take over control of an automated transfer vehicle, use it to meet its operational requirements, and then release it back into a common pool for use by another proxy control interface.

For example, the embodiment of the user interface depicted in FIG. **17** details the reservation of a single device **270** from a logical pooled device **1450** group. The device selection user interface **1700** details the selection **1702** of a virtual device, in this case a video conferencing system, also described by manufacturer type identification as a "Tandberg." Upon selecting **1702** the virtual device, a proxy queries the logical pooled device **1450** group control widget associated with the appropriate type of video conferencing system, in this case a Tandberg, that is available for use in the selected scene **1704**, in this case "Video Conference w/Podium". After selecting the virtual device, a user interface widget for device scheduling **1710** is rendered on the control client **102** to interface with the logical pooled device **1450** group resource allocation scheduling system. The device scheduling user interface widget **1710** provides a logical pooled device **1450** group selection drop down **1712** that allows the user to select the desired logical pooled device **1450**, in the embodiment depicted, the first video conferencing system **1400**. The first video conferencing system **1400** is shown as being reserved by the user (in this case the administrator is the user) until a specific time shown in the reservation horizon **1714**, in this case 1:02:06 PM. The device scheduling user interface widget **1710** also allows the user to adjust the reserved time via the duration dialog **1716**, and also allows the user to release the first video conferencing system **1400** to other users via the release button **1718**. The operation of the duration dialog **1716** in the reserve in some embodiments is modulated by the resource allocation scheduling system. The user may in the embodiment depicted in FIG. **17** directly access a calendar view of the resource allocation scheduling system via the resource scheduling button **1720**. After the desired device **270** is selected from the logical pooled device **1450** group, in this case the first video conferencing system **1400**, the server **100** locks the reserved first video conferencing system **1400** to the particular presentation sub-environment. The user interface provides device configuration interfaces, such as a pan and zoom interface **1730** and a dialer quick control **1502**, that the user uses to control the selected first video conferencing system **1400**.

Scalable End User Licensing

One aspect of one embodiment of the system and method for audio visual control and integration is the ability for the system to scale from a small installation to larger installations. The basic licensing structure is based a base fee that includes a fixed number of servers **100**, logical rooms **502**, and devices **270** present within a presentation environment **110**. The fixed numbers are adjustable to and in addition to the total numbers of devices **270** present the licensing and in some embodiments is keyed to the total number of specific types of devices **270**, such as a total number of source devices **120**, or switches/control devices **140**. Additional fees are charged based on the additional rooms **502**, the number of devices **270** per a room **502**, and additional modules. All drivers for audio-visual hardware located in the presentation environment **110** are provided to the purchaser for a fixed period of time. After the initial period, the access to additional drivers to support the addition or substitute of other types of audio-visual hardware located in the presentation environment **110** are made available on a pay-per-installation basis or through a maintenance program.

Mechanism for Achieving End User Licensing

In one embodiment of the licensing system, there are two processes for allowing a given user system to access or change additional licenses or features: generating private and public keystores to enable asymmetric key encryption and then generating an actual license. The generation of keystores only needs to occur once while generating the license occurs many times, possibly for every customer.

Generating License Key Stores

In this one embodiment, private and public keystores are created as part of a given distribution of an embodiment of the system and method for audio visual control and integration. The keystores create both private key and public certificate files. The private key is held by the company distributing the embodiment of the system. The public

US 10,367,912 B2

25

certificates are used by third parties, nominally purchasers of an embodiment of the system and method for controlling, routing and managing data, who are communicating with the company to obtain additional licenses to expand, extend, or access the capabilities of the system.

Generating a License File

During installation of this one embodiment of the system, a license for the software is generated. When an upgrade to the capabilities of a given installation is desired, the user communicates with the company to obtain a new license. The new license enables the user to unlock the additional capabilities of the system. The license is encrypted using the private keys held by the company, and decrypted using the public keys held by the user to provide access to the additional capabilities. In this manner, it is possible for a user to upgrade the capabilities of an embodiment of the present system and method in a transparent manner.

Driver Specific Licensing

In addition to controlling the total quantities of devices **270**, rooms **502**, or servers **100** supported by a given installation, the system also enables in some embodiments the control of individual device drivers via the same licensing system. In these embodiments the same process described above for generating and encrypting the license file necessary to enable the system to operate a different levels or install additional components is used to control the distribution of specific driver files. There are two specific embodiments for protecting the driver files in this embodiment of the system and method. In the first embodiment the driver files are either transferred unencrypted from a driver server to the server **100** along with a license key adapted specifically to the driver file. The license key is unencrypted and installed in the server **100** to enable the server **100** to access and install the driver file. Without the installed key, the server **100** is unable to access and install the driver file into the device control library **340** for use by the server **100**. In the second embodiment the driver files themselves are encrypted by the driver server using the driver server private key. The server **100** then decrypts the file locally using a key transferred to the server **100** to install and access the driver file into the device control library **340** for use by the server **100**. In both of these embodiments, the system provides for controlled distribution of specific drivers to servers **100**, these controlled distribution of specific drivers can be integrated together with the other licensing schemes described herein and known to those of ordinary skill in the art.

Administration and Access Control

The server **100** in one embodiment includes a three tier access control system. In the first level of access control, the system configuration controls are dedicated to those with administrative rights only and enables administrators to view and edit access control to presentations and rooms. The system configuration controls are used to control the access levels available to users, and thereby limit selections to improve usability and reduce the potential for error.

The second level of access control is room-based access control. Administrators grant access to users based on who the user is or what role, or task, the user is performing. The room-based access control limits the number of rooms that a user can access by limiting the rooms visible to the user. At the room level, Administrators may specify a non-deletable main presentation that provides default settings for all presentations run in a specific room. For example, the main presentation for a given room may link multiple projectors **164** together to display the same video routed through a switch **170** from a given presentation laptop **150**

26

input, while simultaneously setting audio **258** levels in the room and dimming the lights **260**.

The third level of access control in this one embodiment is presentation level access control. There are three fundamental logical access levels to presentations: none, meaning the presentation is inaccessible to a given user; read-only, meaning the presentation can be viewed or used by a given user, but cannot be modified by that user; and, full, enabling the user to modify and control the presentation in any way they wish, limited only by room-based access control prohibitions. Advanced users are able to create presentations and specify access to or share presentations with other users including the ability to provide full, or limited access to the presentations. Administrators have access to all presentations regardless of access level specified by advanced users.

In still another embodiment, to seed or initialize access control levels for given users, the system communicates with an external name or user server to obtain default attributes for a given user. For example, in one embodiment, the server **100** communicates with an external name server such as a Microsoft® Exchange® server via a communication interface, such as the Lightweight Directory Access Protocol (LDAP). The server **100** retrieves base user details and attributes from the external name server via LDAP thereby allowing integration of the system with an overall enterprise architecture. Thus, the server **100** is able to update specific user customization features, such as full name, default security and access levels for the user by accessing enterprise resources, thereby simplifying maintenance of the system and providing uniformity and integration with enterprise wide information technology infrastructure.

Room and Device Lockouts

The server **100** allows a user or administrator to lockout resources and otherwise prevent other users, or other sets of users such as users with specific attributes (e.g., all junior users), or all users, from using specific devices **270**, specific types of devices **270** (e.g., any video conferencing systems **262** regardless of location), or a room. The lockout is implemented on the server **100** and prevents devices **270** that would otherwise be available to a given user from being accessed, configured, or used. In some instances, the lockout is used to dedicate the resource to a specific user or to a specific room or sub-environment. In one embodiment, the lockout is implemented for an indefinite period of time. In other embodiments, a user specifies the lockout for a fixed period of time, e.g., until the user exits the room until the user logs into and configures another room, or based on other events that are triggered by the user in the environment or triggered using timers or other events that are captured by the event engine.

The ability for a user to lockout specific devices **270** is useful to control and restrict access to shared resources and devices **270**, such as pooled devices **1450**, thereby preventing or limiting the ability for a subsequent user to 'bump' or preempt an ongoing event in another environment that is already using a particular shared resource. In another instance, the user may lockout or restrict access to devices **270** within a room or other logical groupings of devices **270**. For example, in one scenario a user may wish to lock access to either individual devices **270** or to logical groups of devices **270**, such as a set of devices **270** associated with a given room in the presentation environment **110** or a specific class of devices, such as video conferencing devices **262** in situations where the presentation environment **110** must be restricted due to security or privacy concerns. A device **270** is locked by placing a flag on the particular device **270** that indicates who locked the device **270** or group of devices

27
28

270, and the event triggers for unlocking the device 270, such as the length of time locked or when the user logs out of the system. When a second user enters a room or otherwise attempts to configure a device 270 that is locked by implementing a scene, the second user is presented with a lock representation that indicates that some or all of the devices 270 that the second user is attempting to configure and use are locked and unavailable. The second user is presented with details of the user who locked the devices 270, and in some instances, is also provided details regarding when the lockout will be removed, e.g., ten minutes remaining in the lockout or when the user logs out of the system.

In some embodiments, a lockout is automatically applied to all devices 270 within a given presentation environment 110 that are being used by a given user as part of a presentation. By locking the devices 270 in the presentation environment there is greater assurance that no other users accessing the presentation environment 110 from other locations may inadvertently or purposefully disrupt the ongoing event.

Autosensing and Authenticating Users

The server 100 in some embodiments includes systems and methods for autosensing and identifying users within a given presentation environment 110. The server 100 in this embodiment is capable of interfacing with and communicating with an external datasource, such as an LDAP server, that stores details necessary for user authentication and allows the association of specific user settings with specified user identification within the system. In baseline operations, the user logs into the server 100 using a control client 102 located within the room or presentation sub-environment. When the user logs into the system, the server 100 identifies the user as accessing a specific control client 102, or, alternatively, the user self identifies so the system is aware of which presentation sub-environment the user is in. In this manner, the client is able to request this information from the server 100 and is able to present to the user a pre-defined or customized set of controls, including in some instances quick controls, and load default configurations or scenes for the user to access and use. In this manner, the server 100 associates specified room configurations or scenes based on user preferences. This allows a user to be provided with a personalized experience and interface used to control particular rooms, or across the entire presentation environment 110.

For example, in one embodiment there is a first presentation sub-environment 1410 that possesses a podium and a desk, either of which have ports for accepting a VGA signal from a computer. If a particular user has a preference for using the podium when using the first presentation sub-environment 1410, when the user logs into the server 100 via a control client 102 located or physically associated with the first presentation sub-environment 1410, the system identifies that the user is present in that sub-environment and then loads the default scene and user interface preferences including in some instances quick controls that are associated with that user. The default scene may in some cases be unique for a given room or based on the device group being accessed by the user. In this manner the system takes advantage of the user log-on to configure the system and provide user customization.

In still another embodiment, the system uses methods for autosensing the user entering the presentation environment 110 or moving from one location or presentation sub-environment to another within the presentation environment 110. For example, in one embodiment each of the rooms

within the presentation environment is equipped with a magnetic or embedded chip reader or radio frequency identifier (RFID) reader. When the user enters the room, the system detects the event generated by the user entering a particular location within the presentation environment. The server 100 handles the event triggered by the movement of a user into a presentation sub-environment, room or locale within the presentation environment 110 and determines if the user has a specific preference for configuring the space they are currently occupying. For example, in one instance when a user enters the second presentation sub-environment 1412 using a card reader connected to the system, the server 100 generates an event tied to and possessing information about the user entering the room. The server 100 uses the event handler to handle the event using a combination of default event handling and customizable elements selected by the user.

For example, the server 100 may query the enterprise server to determine whether or not the user who entered the room has scheduled the room for use. If the user is not the presenter, then the server 100 may load a basic scene to prepare the room for participants who are arriving prior to the presenter. If the user is the scheduled presenter or owner of the event then the server 100 will load the user's default preferences for the control client 102 located with or associated with the room or update the user's portable control client 102 (e.g., mobile digital assistant or smart phone) with the user's default scene configuration, presentations, and in some instances quick controls. Similarly when the user logs out of the room or leaves the room, the server 100 detects the event and will revert the room back to the default inactive scene, releasing shared resources as necessary and otherwise resetting the room to a default configuration.

In still another embodiment, the use of an RFID, such as an embedded RFID tag within a user's name badge, allows the system to track the user as they move through the presentation environment 110. As the user moves through the environment, the system uses the movement of the user to trigger specific events. For example, as the user enters the presentation environment 110, the server 100 receives an event notice that the user has entered a specific region of the presentation environment 110. The event handler uses the event information to determine that a particular presentation sub-environment configuration or scene is desired, such as displaying a welcome screen or directions on a wall or ceiling display in front of the user. As the user moves away from that location towards the next location, the server 100 responds to the event by reverting the prior presentation sub-environment back to the default scene configuration and updating the next presentation sub-environment to the next desired scene. In this manner, the server 100 is able to render a customized experience for a given user as they progress through the environment.

The movement or presence of a user at different locations within the presentation environment 110 is used by the system to generate events associated with the movement or presence of the user at different locations. An RFID or other device, such as a mobile phone or other mobile data device with a unique identifier is used in one embodiment to track or detect the user in the presentation environment 110. In still another instance, the user is tracked as they log into specific rooms or spaces, such as using a card key or pin to enter a room. In still other embodiments, the user is tracked using biometric identifiers that allow the system to monitor the users movement through the presentation environment 110. Regardless of tracking method used, the server 100 is

US 10,367,912 B2

29

able to monitor the presence of the user in the environment which allows events to be triggered from different user activities.

Resource Scheduling

The server **100** has also interfaces with enterprise level servers for the management and allocation of resource and meeting scheduling. These enterprise scheduling or groupware servers schedule and coordinate both personnel schedules and calendar schedules. The server **100** interfaces with the enterprise level server to publish or otherwise provide visibility of all rooms or presentation sub-environments available within the presentation environment **110** for scheduling. Further, specific devices **270** available within those rooms are also published to the enterprise level server thereby allowing users scheduling a particular room in the presentation environment **110** to select the presentation sub-environment with the desired capabilities, such as access to a particular media player **268** or video conferencing system **262**, at the desired time. In this manner, the configuration of conference rooms and sub-environments within the presentation environment **110** is provided to the enterprise server from the server **100** configuration for scheduling via normal scheduling parameters. A single update to the environment configuration on the server **100** causes automatic updates to the options available to users for scheduling through the enterprise server. This reduces the potential for mismatches between the actual capabilities of the presentation environment **110** and the desired capabilities. In one instance, when device **270** failures or maintenance limit availability of devices **270** or presentation sub-environments available for use by users, the server **100** is able to notify the enterprise scheduling server that, in turn, notifies meeting attendees of problems or changes in room configuration and also prevent users from inadvertently scheduling rooms, resources or devices **270** that are unavailable at their selected meeting time.

In still another embodiment, the server **100** interfaces with the enterprise scheduling server to obtain information about which resources, devices **270**, and rooms or presentation sub-environments are currently scheduled or scheduled in the future. The server **100** queries the enterprise server to obtain scheduling details for specified resources. The data obtained by the server **100** is reconfigured for presentation on the control client **102** and provided to the user. This data allows a person using the system **100** or planning maintenance to determine when times are available for using the system. In another embodiment, the server **100** is able to take resource requests from the user via the control client **102**, parse the requests and provide the requests to the enterprise scheduling server to allocate the room. In this manner, the user may use the control client **102** via the server **100** to schedule rooms, devices **270**, or resources on the fly without logging into a separate scheduling application.

In yet another embodiment, the scheduling information obtained by the server **100** is used to preemptively lockout rooms, or presentation sub-environments based on upcoming schedules. For example, referring again to FIG. **14**, the user schedules the second presentation sub-environment **1412** at 10 AM. The server **100** uses the schedule information to create an event trigger that in one instance is simply based on a clock, or in a second instance, is based on when the second presentation sub-environment **1412** becomes available immediately prior to the meeting. The event trigger is used by the server **100** to establish a lockout on the second presentation sub-environment **1412**. When the server **100** handles the event trigger, it establishes a lockout on the

30

second presentation sub-environment **1412** holding it for the scheduled user who scheduled the environment. Once the lockout is established, the scheduled user may take over control of the second video conferencing system **1412** and use it unimpeded. In this manner, room and presentation sub-environment scheduling via an enterprise scheduling server is used in conjunction with lockouts to ensure availability of facilities when necessary or desirable.

In still another embodiment, the scheduling information obtained by the server **100** is used to preemptively lockout given devices **270**, rooms, or presentation sub-environments based on upcoming schedules. For example, referring again to FIG. **14**, one of the pooled devices **1450** is scheduled for use by a first user in the second presentation sub-environment **1412** at 10 AM. The server **100** uses the schedule information to create an event trigger that in one instance is simply based on a clock or, in a second instance, is based on at least one of the pooled devices **1450** becoming available immediately prior to the meeting to establish a lockout on at least one of the pooled devices **1450**, such as the second video conferencing system **1402**. When the second video conferencing system **1402** becomes available, a lockout is automatically established by the system on the resource for the benefit of the scheduled user. Once the lockout is established, the scheduled user may take over control of the second video conferencing system **1402** and use it unimpeded. In this manner, device **270** group, and room scheduling via an enterprise scheduling server is used in conjunction with lockouts to ensure availability of equipment when necessary or desirable.

With respect to the embodiment of the system adapted to communicate with the an Exchange server based enterprise server, the following steps are presented to demonstrate one option for configuring the server **100** and the system generally for use with an Exchange server environment.

1) Each presentation sub-environment or room is setup as a separate user account in the Active Directory services for the domain and within the Exchange server;

2) Each presentation sub-environment account is setup for resource scheduling and configured to auto-accept invitations from users;

3) One or more device groups are configured to be linked with the user account;

4) Each device group is now capable of being queried to get the schedule through the server **100**; and

5) Each device group is now capable of being reserved via the Exchange server environment. These exemplary steps provide to one of ordinary skill in the art the necessary knowledge to adapt the present system and method to other enterprise servers.

Scene Control

The control client **102**, in one embodiment, has the ability to edit the fine details of all devices associated with a specific scene. The control client **102**, presents the user with a listing of all possible devices **270** that can be saved in a particular scene. The user can select specific devices **270**, and the server **100** will save the state of the device **270** corresponding to the operation of that device **270** in the specified scene, such as volume levels for an audio device **258**, along with the details of the scene. In addition to saving specific device states, the user can also retain specific routing information between devices **270** associated with a specific scene. The data corresponding to specific device **270** states and routing information is stored as application data **204** in the database **202**. In this manner the user, through the control client **102**, can rapidly save and restore specific routing and device configuration for reuse at a later time.

US 10,367,912 B2

31                                                                            32

Fine Grained Scene Control

When specifying a scene, the user can also define events, such as when a specific action will occur, or how long a given scene is active. In this manner, the user can string multiple scenes together to form a presentation. For example in a simple case, a first scene can be used to create an opening, pre-presentation lighting and presentation environment where ambient music is piped into the room from a media player **268** and sent to an audio device **258**, but there is no connection between a presentation laptop **150** and the main projector **164** enabling the presenter to ready materials and allow the audience to enter the room unhindered. When the presentation is ready to begin, a second scene is activated where the lights **260** are lowered to enhance visibility, window shades **266** are drawn, and the laptop **150** video output is connected to the projector **164** and the media player **268** is stopped.

Using fine-grained scene control, a user is able to adapt a specific scene definition to only effect a subset of devices **270** located in a specific performance environment **110** necessary to change state or adopt specific setting necessary to implement the scene relative to the prior scene. In this manner, when multiple scenes are activated sequentially, for example during a presentation, or by user command, the only actions and commands sent to the devices **270** by the server **100** are those necessary to change the state of the devices **270** and the configuration of the presentation environment **110** to achieve the desired new scene configuration. Thus all other device **270** configurations and settings remaining from a prior scene that are unchanged in the new scene can be left constant. For example, at the end of a presentation a scene could be created for a question and answer period, whereby the only change from the presentation scene configuration to the question and answer configuration is to have the lights **260** raised to a desired intensity level to enable the presenter to view the audience asking questions. Using fine-grained scene control, the question and answer scene following a presentation scene would only address a single set of devices **270**, namely lights **260** and all other parameters would be left unchanged from the prior scene.

Fine grained scene control enables the system to transition smoothly from one scene to scene. For example, if a presentation requires first lowering the light **260** and playing an introductory clip from a DVD player **154** on the projector **164** in a first scene, and then proceeding to a user presentation from a laptop **150** using the same resolution on the projector **164** with the lights **260** at the same reduced level in the next scene, then the only change to any devices **270** necessary for that scene-to-scene transition would be to change the A/V source routing to the projector **164** from the DVD player **154** to the laptop **150**. The lights **260** and projector **164** would not have to be reconfigured. If the lights **260** were reset back to full on or full off before being set again to the reduced level, or the projector **164** reset, viewers could perceive a momentary flicker. Similarly, unnecessary switching or resetting of A/V sources could cause unnecessary audible clicks or pops. Therefore, only changes that represent the differences from one scene to the next scene are made thus smoothing transitions.

In one embodiment, transitions from one scene to another scene in a presentation are user driven. In another embodiment, the transitions are handled by an event engine in the server **100**. The event engine has an event response handler that identifies events and then switches scenes or modifies the presentation environment based on the event. For example, the event engine may wait for a user prompt before transitioning from a first scene to a second scene. Additionally, the event handler could automatically trigger the configuring of a number of presentation environments **110** at a specific time, for example to prepare a number of rooms **502** in different cities for a multi-party conference call. The event engine can also accept events triggered outside the server **100**, for example a remote service call placed over a network **118** to remotely test a presentation environment **110** by a system administrator or service provider.

In still another embodiment of scene control, the server **100**, utilizes the current state of the devices **270** in the presentation environment **110** to determine whether or not a re-initialization or reconfiguration of the device is required based on a specified transition or change from a first configuration to a second configuration. Thus, when the event engine identifies a required transition, namely the need to configure or initialize a device **270** in the presentation environment **110** based on the detection of an event, the changes in state of the devices **270** associated with the required transition are checked against the stored state of the devices **270**. The check determines if a given device **270** is current in the proper state to enable the new presentation environment **110** configurations and then only provides commands to the given device **270** when a change to the device is required. The scene control further evaluates the type of change to the device **270** state requested as part of the transition. For example, a requested transition may only require a single device **270** state to be changed as a result. Rather than configuring the device **270** state as a whole, only that sub-set of the device **270** state that has been changed is controlled. The ability to configure only a sub-set of the device **270** states is partially enabled by the controllability of the device itself, in some cases some commands are unavailable for specific device **270**, in which case the device **270** configuration definition specifies the states that can be independently manipulated during system operation. In this manner the states of devices **270** present in the presentation environment **110** can be changed in-line during system operation without the need to issue configuration commands to the entire set of devices **270** present in the presentation environment **110**.

In still yet another embodiment of scene control, an access control user interface **1800** is shown in FIG. **18**. The access control user interface **1800** provides a user with the controls needed to select and/or change, i.e., adjust, the level of access available to certain securable objects **1804**. In one embodiment, the access types pull down **1802** identifies what types of access, e.g., presentation, group, or features, can be selected. The securable objects pull down **1804** identifies which objects for a selected access type are available to a user. In the embodiment depicted in FIG. **18**, device **270** control is selected for adjustment. In other embodiments, objects such as routing control, report viewer, presentation view, etc., can be selected for adjustment. The roles/users screen **1806** identifies what roles are available for the selected secured object. In the embodiment depicted in FIG. **18**, for example, users designated as "administrator" have access to device **270** control, as indicated by "available," while users designated "guest users" do not, as indicated by "not available". To activate a selected level of access control, permissions pull down **1808** provides a summary of the level of access for the selected role/user, as well as, provides a user with the ability to activate the selected level of access via the user selection box **1810** in which, in this embodiment, the user may select "available"

US 10,367,912 B2

33

or "not available." The access control user interface **1800** allows specific access controls to be set for the different types of securable objects.

Event Engine

A component of the application service **306** is an event engine. The event engine comprises three principle components, event generators, an event monitor, and an event handler. These three components work in concert to identify specific occurrences in the environment or the system, including user inputs, and respond to those occurrences. The event engine enables the system to adapt to changes in or inputs from the environment, including the failure of specific components or devices **270**.

The system possesses event generators that generate internal events for the system based on specific requirements or desired occurrences. The event generators can reside and generate events from any internal service or sub-routine. Some examples of events include timers, alarms, other alerts that are generated during startup, configuration and implementation of the system and specific scenes, alerts that are triggered upon occurrence of a specific event such as a sensor exceeding a specified threshold value or another triggers that occur during operation. These internal events are passed to the event monitor for identification, recording and classification.

The event monitor supervises the overall system to identify, record and classify the occurrence of specific events. These events are sequentially recorded as they emerge or are generated from the system during operation. Events captured by the event monitor include internal events generated by the event generator, failures, errors or reporting messages received from devices **270**, inputs from environmental devices, other communications and user interface inputs. The event monitor thus captures specific events occurring on the system regardless of where they are generated and passes the events to the event handler for disposition. The event monitor thus logs and in some embodiments optionally maintains a record of specific events experienced by the system during operation.

The event handler processes or handles a given event that has been captured by the event monitor. The event handler determines the type of event that has occurred, determines whether it falls into a specific class of events that has a pre-defined response or if there is a unique response specific to the type of event and then triggers the appropriate sub-functions or routines necessary to respond to the event. In some circumstances the responses to given events is to change a scene as described above, other responses include notifying the user, logging the event, or performing other functions. In this manner, the event engine enables the system is able to dynamically respond to multiple occurrences or triggers found in the system and the environment.

IP Phone Connectivity

In one embodiment of the system and method for audio visual control and integration, there is a connection from the server to an internet protocol, or IP phone **210**, also referred to as a Voice over IP (VoIP) Phone **210**. The VoIP phone **210** is connected to either or both an internal and external network that can transmit voice communications and in some cases can also transmit video streams and other data. The interface to the IP Phone **210** is provided by the IP Phone Interface Component **212** that implements a logical interface with IP phones **210**. The IP Phone Interface Component **212** implements an XML, based schema for interfacing with a given make and model IP Phone **210**, including

34

routing information and feedback from the phone into the application service **306** as well as providing commands to the IP phone **210** itself.

The flexibility of the IP Phone Interface Component **212** is the ability for the phone interface to be customized by the type of hardware being interfaced and even the room being used. For example, in one embodiment, an IP Phone manufacturer using the standards defined above, can create a highly customized, rich user interface that is presented to a person using a control client **102** that enables that person to effectively control the features and capabilities of that particular manufacturers IP Phone **210**. Similarly, an administrator can control access to the features and capabilities of a given IP Phone **210** in order to achieve specific goals. For example, an administrator may restrict outgoing calls from an IP Phone **210** connected to a secure conference room to only other internal phones in order to limit potential disclosure of information.

Second Exemplary Environment

FIGS. **10** and **11** depict a second exemplary environment **1000** with multiple sources, outputs, switches, and detached devices. For the purposes of FIGS. **10** and **11** only, the following naming conventions is used for the figures whereby all devices and their associated interface nodes or ports are described using the key [**10**a#n#] where a represents the type of device **270** (s=source, o=output, i=switch or interface or flow control, and e=environment device or controls), followed by a unique number whereby s**1** refers to the first source device **120**. The finally two letters and number indicate whether the node is a communication node "c" or an interface node "n" followed by a unique number identifying the that node for the given device. The sources are referred to collectively as sources **10**s, outputs are collectively referred to as outputs **10**o, switches are collectively referred to as switches **10**i, and detached device or environmental controls as controls **10**e.

FIG. **10** depicts a command level view of the second exemplary environment **1000** that details the command interface connections between the server **100** and the other devices **270**, such as the sources **10**S1-10S3, outputs **10**o1-**10**o4, switches **10**i1-10i3, and environmental controls **10**e1-**10**e3 located within the exemplary environment **1000**.

FIG. **11** depicts a signal level diagram of the second exemplary environment **1000** details the physical interface between the signal ports or nodes of the sources, outputs and switches located within the exemplary environment **1000**. Table I provide details of the various sources, outputs, switches and device controls in the second exemplary environment while Table II provides exemplary devices including the respective sources, outputs, switches, and device controls represent in two different applications.

TABLE I

Table of Sources 120, Outputs 130, Switches and
Control Devices 140 Including Associated Nodes
Depicted in the Second Exemplary Environment:

| Device Name | Device ID | Associated Communication node ID | Associated Interface Node ID |
|---|---|---|---|
| Source Device #1 | 10s1 | s1c1 | s1n1 |
| | | | s1n2 |
| | | | s1n3 |
| Source Device #2 | 10s2 | s2c1 | s2n1 |
| | | | s2n2 |

US 10,367,912 B2

35

36

### TABLE I-continued

Table of Sources 120, Outputs 130, Switches and
Control Devices 140 Including Associated Nodes
Depicted in the Second Exemplary Environment:

| Device Name | Device ID | Associated Communication node ID | Associated Interface Node ID |
|---|---|---|---|
| Source Device #3 | 10s3 | s3c1 | s3n1 |
| | | | s3n2 |
| | | | s3n3 |
| Interface Device #1 | 10I1 | I1c1 | I1n1 |
| | | | I1n2 |
| | | | I1n3 |
| | | | I1n4 |
| Interface Device #2 | 10I2 | I2c1 | I2n1 |
| | | | I2n2 |
| | | | I2n3 |
| | | | I2n4 |
| Interface Device #3 | 10I3 | I3c1 | I3n1 |
| | | | I3n2 |
| | | | I3n3 |
| | | | I3n4 |
| | | | I3n5 |
| | | | I3n6 |
| | | | I3n7 |
| | | | I3n8 |
| Output Device #1 | 10D1 | d1c1 | d1n1 |
| Output Device #2 | 10D2 | d2c1 | d2n1 |
| | | | d2n2 |
| Output Device #3 | 10D3 | d3c1 | d3n1 |
| | | | d3n2 |
| | | | d3n3 |
| Output Device #4 | 10D4 | d4c1 | d4n1 |
| | | | d4n1 |
| Environment Device #1 | 10e1 | e1c1 | — |
| Environment Device #2 | 10e2 | e2c1 | — |
| Environment Device #3 | 10e3 | e3c1 | — |

### TABLE II

Exemplary Devices For Audio Visual Applications or
Building Systems Corresponding to the Respective Sources
120, Outputs 130, Switches and Control Devices 140
Shown in the Second Exemplary Environment:

| Device Name | Device ID | Exemplary Audio Visual Devices | Exemplary Building Systems Devices |
|---|---|---|---|
| Source Device #1 | 10s1 | DVD Player 154 | Chilled Water Supply |
| Source Device #2 | 10s2 | Satellite Receiver 182 | Fresh Air Supply |
| Source Device #3 | 10s3 | Computer 150 | Conditioned Air Supply |
| Interface Device #1 | 10I1 | Switch 170 | Heat Exchanger |
| Interface Device #2 | 10I2 | Switch 170 | Mixer #1 |
| Interface Device #3 | 10I3 | Switch 170 | Mixer #2 |
| Output Device #1 | 10D1 | Audio Amplifier 258 | Water Supply |
| Output Device #2 | 10D2 | Monitor 162 | Room Vent #1 |
| Output Device #3 | 10D3 | Projector 164 | Room Vent #2 |
| Output Device #4 | 10D4 | Projector 164 | Room Vent #3 |
| Environment Device #1 | 10e1 | Light Control 260 | Light Control |
| Environment Device #2 | 10e2 | Window Shade Control 266 | Thermostat |
| Environment Device #3 | 10e3 | Ambient Light Sensor | Humidity Sensor |

Installer

One embodiment of the installation system for the system
and method for audio visual control and integration provides
a system to enable an end user to rapidly install all of the
required elements of the system for a given user installation
in one single pass. The installer installs all components of
the system, including, but not limited to the control lan-
guage, the application server **100**, and the database **202**. As
part of the installation sequence, the installer will configure
the system to support specified hardware devices **270**.

Part of the installer system includes a tool or wizard
interface for gathering information from the user about the
presentation environment **110** to be controlled, namely pro-
viding a guided means for configuring the server **100** for the
given presentation environment. In an exemplary installa-
tion, the user would define the physical rooms **502**, or zones
to be controlled. The user would provide the server **100** with
information regarding the devices **270** available to be con-
trolled within the room. Each device **270**, can have a
customized device control **506** interface for that particular
type of device provided by the device driver or have a
generic device control **506** interface suited for that specific
type of device **270**. For example, a customized device
control **506** interface may be configured with specific com-
mands to activate features of a projector **164** such as
rescaling, color, or brightness while a generic device control
**506** interface for a light **260** simply signals a control line to
switch state and turn the light on or off. Then the user
configures the static connections within the presentation
environment **110**. The static connections define all of the
connections between devices **270** that are potentially avail-
able to be controlled. Additional details on the specific
configuration process to adapt and model a given presenta-
tion environment **110** or the second exemplary environment
**1000** is provided below.

Configuring the System

The initial configuration of an arbitrary environment, such
as the second exemplary environment **1000** depicted in
FIGS. **10** and **11**, is initiated by the installation of any or all
of the devices and static connections or additions to or
deletions from the devices and static connections present
within the second exemplary environment **1000**. The con-
figuration of the system to control the devices present within
the second exemplary environment **1000** is accomplished
via either a manual configuration process or automated
configuration process as described below.

Manual Configuration Process

The manual configuration process **1200** for the system is
detailed in FIG. **12**a. The manual configuration process **1200**
is initiated **1202** upon either the initial installation and setup
of the second exemplary environment **1000** or upon the
addition or deletion of one or more a new devices or static
connections between devices to the second exemplary envi-
ronment **1000**. For example, the manual configuration pro-
cess **1200** in one case is initiated by the addition of a third
source device **10s3** to the second exemplary environment
**1000** and the connection of the second node of the third
source device **10s3**/n2 to the first node of the second
interface switch **10I2**/n1 thereby creating an **10s3**->**10I2**
static connection or link between the respective nodes.

For the manual configuration process **1200**, the system is
updated directly by manual input. In this case first the third
source device **10s3** is added to the definition or representa-
tion of the second exemplary environment **1000** stored in the
database **202**. A device update **1204** is performed to define
the devices **270** present in the environment that are part of
the system, for example the device update **1204** in the case
of the addition of the third source device **10s3** to the second
exemplary environment **1000** would provide basic details on

US 10,367,912 B2

37

the third source device 10*s*3, such as the type, make, manufacturer, model number and other details.

In yet another embodiment, where the third source device 10*s*3 is capable of announcing its presence in the second exemplary environment 1000 after being powered up or during initial configuration using either a standard plug-n-play or other announcement process the system receives the announcement over the server communication port 1006 that interfaces via a server communication link 1008 the system to the second exemplary environment, in some cases this communication port or communication node associated with the server 1006 is used as the server's 100 second interface to the command level network of the second exemplary environment 1000. The announcement is the equivalent of starting or initiating the device update 1204 process manually, except the update process is triggered by the announcement generated by the third source device 10*s*3. The server 100 receives the announcement from the new device added to the second exemplary environment 1000. The announcement generates an event that is captured by the event monitor on the application service 306. The event handler portion of the application service 306 then initiates 1202 the setup process and starts the input of device details using information provided by the third source device 10*s*3 as part of its announcement process.

After the device update 1204 is started the newly added device, in this case the third source device 10*s*3, must be configured. First the server 100 performs a driver search 1206 to determine whether there exists in the system a driver definition, driver interface definition, or simply driver file appropriate for the type of installed device in the system's driver library. If the driver search locates or identifies 1208 a driver for the device to be installed, then the next step in the process is to prompt the user to gather 1210 any optional or additional device details on the installed device. Some additional details input by the user may include specific details of the installation environment, easy to remember names for the devices (e.g. Conf. Room #2 Projector) and other details as prompted by either the system itself or the device driver.

If no driver definition file exists on the server 100, the system queries 1220 a driver store or remote server with multiple drivers available under a variety of different terms and conditions. The driver store in one embodiment is accessible via a wide area network such as the Internet. If a driver is available 1222, then the driver store retrieval process 1224 begins to retrieve the appropriate or requested driver for transfer to the server 100. In one embodiment the driver store retrieval process 1224 includes either encrypting the entire driver file using an asymmetric key accessible on the driver store or alternatively encrypting a token or license key to be used by the server 100 to unlock or access the driver file after download. The driver file is transferred to the server 100, and the server 100 unlocks or decrypts and installs 1226 the driver file into local driver definition file storage on the server 100. After completing the driver retrieval process 1224 and decryption and installation process 1226, the process returns to gather 1210 the device details. In another embodiment, the user manually queries a driver store and manually identifies and downloads a driver file that is provided to the system for installation directly by the user.

If the driver store does not have a driver available 1222 for the device to be installed, such as the third source device 10*s*3, then the driver store will attempt to identify an alternative driver 1228 or default driver to use with the device to be installed. For example, in the case where the

38

third source device 10*s*3 is a DVD player 154, if the driver availability 1222 shows no drive file specifically suited for the specific type of DVD player 154 to be installed in the system, then a search is conducted to identify an alternative driver 1228 to be used. In the case of the DVD player 154, a default driver might be a generalized DVD player driver that simply powers up the DVD player 154 without any additional command inputs to the third source device 10*s*3 command port s3*c*1. In some circumstances the command port, such as s3*c*1 does not directly command the third source device 10*s*3 direct, rather it simply controls a remote control switch that selectively activates or powers up the selected device. After identifying an alternative driver 1228 to be used the user is then prompted to gather 1210 device details. In the case of a generalized or generic device driver file additional information collected during the gather 1210 process in some embodiments can include specific command strings that can be issued by the server 100 in order to access specific functionality of the device to be installed, or in the embodiment depicted the third source device 10*s*3.

The process for configuring an embodiment of the system to control an arbitrary environment begins by defining and configuring the nodes 1212 associated with or integral to specific devices 270 in the environment and establishing the static connections or links between the devices 270. In the case of the second exemplary environment 1000 each of the devices 270 located or associated with the environment, regardless whether or not the devices 270 are physically connected to the environment or only connected to the environment via a communication or other link posses at least one node, a communication node, or communication port, or command port. One sub-step of configuring the nodes 1212 or ports used by an arbitrary device 270 is to define the communications used by the system to communicate and address the device 270. In the second exemplary environment, a communication node exists for the third source device 10*s*3, namely the third source device 10*s*3 communication node s3*c*1. In this embodiment the third source device 10*s*3 communication node s3*c*1 is connected to a network hub 1004, this enables the server 100 to directly communicate with the third source device 10*s*3 via the network. The process of configuring the nodes 1212 for the third source device 10*s*3 communication node s3*c*1 in one embodiment includes defining a specific internet protocol address or network device ID for the third source device 10*s*3 that enables the server 100 to communicate commands and receive information from the third source device 10*s*3.

Similarly in the second exemplary environment 1000, the first source device 10*s*1 undergoes the similar process of defining and configuring the nodes 1212. The first source device 10*s*1 possesses a first source device 10*s*1 communication node s1*c*1, which in this embodiment is a serial communication interface port. The serial port is connected to a serial port on the serial device server 1002, the serial1 node. The serial device server 1002 allows the server 100 to address the first source device 10*s*1 via a network interface on the server 1002 that is translated by the serial device server 1002 to serial communication via the serial1 node. Thus during the process of defining and configuring nodes 1212 and gathering 1210 device details for the first source device 10*s*1 and the serial device server 1002, an address for the serial device server is provided to the server 100 and the specific address or serial communication interface ports, in this example the serial1 node, is also provided to the server 100 to store in the environmental model in the database 202 thereby enabling the application service 306 to retrieve the environmental model configuration details from the system

39

40

to communicate with the various devices. In a similar manner a second serial device server **1003** is addressed by the server **100**.

In addition to defining and configuring the nodes **1212**, the communication interfaces, ports, or communication nodes are setup and associated with a given device **270**. The device driver includes or in alternative embodiments with generalized drivers the user inputs details of the nodes available and associated with a given device **270** in the environment. In the case of the second exemplary environment **1000**, each device **270** in the environment has a number of nodes associated with it. As described above, one of the nodes associated with a given device is the communication node that enables communication between a given device **270** and the server **100** in order to receive configuration information, transmit to the server **100** specific device-generated messages, and to otherwise accept commands from the system. The second major category of nodes associated with a device **270** is nodes that enable devices in the environment to be linked together, or link nodes. These link nodes anchor each end of a static connection or link between devices **270** in the environment. A given device **270** may have several associated nodes, however the configuration of the environment may limit the number of nodes that are actually linked together with other nodes associated with other devices **270** in the environment. Thus part of the configuration task is defining and configuring nodes **1212** and defining static connections **1214**. Although the configuration flow chart shows an idealized view of the system whereby the task of defining and configuring nodes **1212** appears to precede the step of defining static connections **1214**; in most embodiments though, these tasks proceed in parallel for most systems. Namely, in conjunction with defining and configuring the nodes **1212** in the environment, the static connections or links within the environment between devices **270** are also defined **1214**.

The device driver details for a given device **270** contain details on all of the nodes associated with that type, make, model and style of device **270**. For example in the case of the third source device **10**$s$**3** depicted in FIGS. **10** and **11** of the second exemplary environment **1000**, there is one third source device **10**$s$**3** command port $s$**3**$c$**1** available for connection to the system, which as detailed above has specific capabilities and configuration details associated with a network command port. Similarly, the third source device **10**$s$**3** is associated with three interface nodes or link nodes, the first link node $s$**3**$n$**1**, second link node $s$**3**$n$**2**, and third link node $s$**3**$n$**3**. The device driver possesses the basic details of the characteristics and configurations of these interface nodes or link nodes associated with the third source device **10**$s$**3**. For example, in one embodiment where the second exemplary environment **1000** is an audio-visual controlled environment where the third source device **10**$s$**3** is a DVD player **154**, the first link node $s$**3**$n$**1** is a be a stereo audio output while the second link node $s$**3**$n$**2** is a composite video output and the third link node $s$**3**$n$**3** is an VGA output. During the process of installing the third source device **10**$s$**3** into the second exemplary environment **1000** static connections, physical links, or simply links are established between specific nodes on the third source device **10**$s$**3** and other devices in the environment. These static interconnections reflect the actual routing of cabling or other physical or logical links established between devices **270** during installation and reflect linkages between the interface nodes that comprise the individual devices. Referring to FIG. **11** in this embodiment, a physical link or static connection established with the third source device **10**$s$**3** via the first link node $s$**3**$n$**1**

is the **10**$s$**3**-**10**/**2** link. This **10**$s$**3**-**10**/**2** link thus connects the third source device **10**$s$**3** through the first node $s$**3**$n$**1** to the second interface device **10**/**2** via the second input node **10**/**2**$n$**2**. By virtue of the physical connection established within the second exemplary environment **1000** between the devices **270** via the associated nodes on the devices it is possible to associate the nodes on both devices **270** with the ends static connection formed between the nodes as well as the devices **270** themselves. In this manner the process of defining static connections **1214** in the environment is together with gathering **1210** device details and configuring and defining and configuring nodes **1212** until all physical devices **270** and static connections in the second exemplary environment **1000** are input into the environment model.

In this manner, the system develops and stores a model of the environment to be controlled within the server **100**. This model of the second exemplary environment **1000** and the devices **270** available in the second exemplary environment **1000** as developed and defined in the configuration process **1200**, is stored in the database **202** and used by the application service **306** to address, communication, supervise and control the devices **270**. The environmental model stored **1216** within the database **202** uses the details imported from the device driver files and the details of the actual installation to model the system relative to the details of the devices **270** and interconnections between devices **270** present, in this embodiment, in the second exemplary environment **1000**.

The configuration process **1200** to gather **1210** device details, define and configure nodes **1212** and define static connections **1214** for a server **100** can occur during the initial installation of the server **100** for use in a given environment and can re-occur at any point in the future after the initial installation when other changes to the environment occur. These changes can range from the integration of new equipment or new capability devices **270** into the environment or loss, removal, or damage to devices **270**, command links, or physical or static connections within the environment. Upon a change to the environment the configuration process **1200** is used to update the environmental model.

In some embodiments, when a given device **270** is removed from the environment and is no longer available for communication the server **100**, the event handler can identify the repeated failures to communicate and power up a given device **270** that is otherwise configured within the system to be present and available in the environment. In these circumstances, the server **100** uses the event details and the failure of the device **270** to temporarily remove the non-responsive device **270** and all the device's **270** associated nodes from the working model that is stored by the application service **306** during operation based on the environmental model stored in the database **202**. By removing a non-responsive element from the working model used by the server **100** to operate it is possible for the system to route around the malfunctioning or non-responsive device **270** and still function at the highest level possible. Further, the system possesses the ability to prompt the user to warn them that the system has unresponsive devices **270**, thereby allowing the user to reconfigure the system by removing the unresponsive devices **270** from the environmental model or to dispatch a technician to repair the unresponsive or malfunctioning device **270**. In this manner, the environment model is used to maintain system configuration details from use to use and is updated using the configuration process **1200** to model all of the devices **270** in the environment and their relationship to the environment and each other.

US 10,367,912 B2

41

42

Automatic Configuration Via Import

In yet another embodiment of the system, an automatic configuration process is used to import the details of the second exemplary environment **1000** or upon the addition or deletion of one or more new devices **270** or static connections between devices **270**. In this yet another embodiment, a computer aided drafting (CAD) program is used to develop and design installation drawings for the devices **270** and static connections within a given environment **110**. One exemplary program used to develop these drawings is Viz-CAD. In this embodiment of the system, an importer is used to import the details from the drawings in the CAD system into the database **202**. The importer effectively performs several steps in the configuration process **1200** by automating part or all of the process for inputting device details **1204**, gather **1210** device details, defining and configuring nodes **1212**, and defining static connections **1214** by using the same designs and drawings created as part of the original design process for the environment and using the same information used by the technicians that configured the devices **270**, the static connections and the overall environment.

In one embodiment of the importer, a spreadsheet based, scripted application is developed to import design data from the CAD drawings. In one non-exhaustive embodiment Microsoft® Visual Basic for Applications (VBA) is used in conjunction with Microsoft Excel®. The drawing details are exported from the CAD program to an exported data file representing an ordered set of data representing the installed devices **270** present in the environment including any nodes associated with those devices and any static connections established between those nodes. The process starts with a CAD export process, whereby the data is exported into an intermediate structured or ordered set data file, such as a comma or tab delimited text file. The CAD export process is typically a form of a database query, such as a SQL-based query entered into an export engine native to the CAD program. This query, in one embodiment is manually entered by the user, in yet another embodiment the query is automatically retrieved from the CAD program by external query initiated by the importer.

The exported data file, or files depending on the details of the particular embodiment of the importer, is used to populate three data areas of the database **202**—devices **270**, device groups, and static connections. The information related to devices **270**, or device information, includes its unique system name, manufacturer and model, input and output nodes, and extended properties which may have been added in CAD, such as purchase date, physical location within the facility, unique identifier or asset tracking codes. Device groups identify collections of linked devices **270** that are functionally or spatially related to each other. These device groups are often in the case of an embodiment of the system used for A/V applications representative of a single room in the presentation environment **110**. The information related to static connections provides the routing details for any wiring or links that connect the nodes of individual devices **270** to other nodes through the environment **110**. In the case of a presentation environment **110**, the routing information contains details of signal type, for example audio and video signals.

In some cases, the importer abstracts additional details from the exported data file prior to import into the database **202** in order to remove or collapse specific details about the environment that the system does not or is not capable of manipulating. In one example, the video signal being carried by one embodiment of a static connection in a presentation

environment **110** that is transformed from a standard VGA to an Ethernet-based signal and then back to VGA using three physical wires and one VGA-to-Ethernet and one Ethernet-to-VGA converters in order to transfer the signal over a greater distance is abstracted by the importer into a single static connection since the two converters are effectively transparent to the system. The importer abstracts or collapses these additional details during the conversion process. Specifically, the importer possesses a list of devices in a specific class, separate and distinct from the devices **270** that are controlled by the system, that provide conversion or signal boosting in the environment. In one form, these devices are simple direct input devices, meaning that they have one input node and one output node with no specifically controllable features that are addressed by the system. The no controllable features distinguishes them from other direct input devices such as windowing converters that are addressed by the system to convert a given video signal from one format (e.g. 4:3 ratio) to a second format (e.g. 16:9 ratio). The importer first identifies a connection to or from one of these simple direct input device in the data file obtained from the CAD design. When the importer locates a first simple direct input device, it then performs a search through all of the devices connected to the identified simple direct input device until it finds a matching simple direct input device. In this manner the importer logically connects and associates simple direct input devices and uses the identified relation to abstract them and eliminate them from the static connection that is imported into the system.

The importer leverages the data entered into the development of the design drawings in the CAD system thereby reducing the potential for transcription errors and speeding up the initial setup and maintenance of the system. In addition to speeding the population of the database **202**, the intermediate translation of the data files exported from the CAD program in the spreadsheet provides a second reference for personnel using the system to identify specific aspects and details of the system. For example a technician troubleshooting a problem or installing the system can use the spreadsheet output to verify that specific static connections between devices **270** have been properly created per the desired design.

After the importer populates the database **202**, the application service **306** identifies the devices **270** added to the environment and determines whether or not device drivers are available for each device **270**. If a device driver is not available or the device **270** possesses additional configuration details or other configuration settings that were not represented in the CAD file the user is prompted to obtain the device driver files or enter the appropriate information for storage in the database **202**.

Route Mapping

Once the environmental model is defined for the server **100** as part of the configuration process **1200**, route map defining the full set of all possible connections and interconnections that can be established in the environment based on the available static connections, nodes associated with devices **270** and the devices **270** is created.

The process of generating a route map comprising the following steps is described in relation to the second exemplary environment **1000**. The server **100** evaluates all of the source nodes and destination nodes associated with the sources **10**s and outputs **10**o available to the server **100** in the second exemplary environment **1000**. The server **100** then generates the route map by finding all of the possible routes that can be established between each respective source and destination nodes associated with the sources **10**s

US 10,367,912 B2

43

and outputs **10**o. The route map is established from each destination node, input node, or input port of each of the outputs **10**o, such as the output device **1001**, to any of the possible output ports or output nodes of the sources **10**s that can supply the desired or appropriate types of signal, data, streams, or flows for the input nodes associated with the destination output device **10**o**1**. The generation of the route map for a given presentation environment **110** is typically performed only when the server **100** is initially configured for the second exemplary environment **1000** or after changes have occurred. These route maps associated with a given environment **110**, such as the second exemplary environment **1000** with its multiple interface devices **10**i**1**-**10**i**3** respectively, are created by the system during initialization. This enables the system to determine whether or not all devices **270** in the environment **110** are responding to device commands prior to using the devices **270** as part of the available presentation route maps in a given environment. These route maps represent the physical effect of the specific configuration and capabilities of devices **270** installed in the environment as manifest within the environmental model.

The route maps in one embodiment are represented as series of tree like structures that travel up the static connections or links between specific outputs **10**o to connect to available sources **10**s. Referring to the exemplary tree link maps in FIG. **13**, all possible reverse paths between outputs **10**o and sources **10**s are represented within the route map. A first portion **1310** of a route map details all of the reverse links between the second output device **10**d**2** that link or form a connection with any of the sources **10**s shown as reverse links. Each of the arrows in the first portion **1310** of a route map represents a static connection or link between singular nodes established within the second exemplary environment **1000** connecting one node to another. Nodes that have multiple connections between themselves and other nodes indicate that a selectable connection or link exists, such as that found in switches **10**i. The first portion **1310** of a route map is formed for each of the outputs **10**o by stepping through each and every connection from the node under consideration that leads to source nodes. In the case of an audio visual system, the route map is only formed 'upstream' meaning that connections are only followed in the opposite direction to the data flow—meaning in the case of an audio-visual system the route map is established in an anti-sense direction from the output device **130** to the input or source device **120**. In this manner the route map is used to populate trees that detail all available links between sources **10**s and outputs **10**o from node to node. This then allows the routes to be represented as shown in FIG. **13** in the first portion **1310** of a route map

After generating the route map all operations required by the server **100** prior to performing routing operations to form connections between sources **10**s and outputs **10**o in the second exemplary environment **1000** are completed. In one embodiment the route map is formed during the initial startup of the server **100** using the environmental model stored in the database **202**. The route map is then loaded into a working model of the environment that is then manipulated during operation of the server **100** by the application service **306**. In a second embodiment, the basis of initial route map is also stored in the database **202** for retrieval during startup to populate the working model of the environment used by the application service **306** during operation of the system. In both cases the working model of the environment is updated from the time-to-time during normal operation in response to changes in the server **100**, including removing devices **270** from the working model due to events

44

that have occurred or removing specific routes available based on other routes that are implemented as part of a scene being applied to the environment.

Intelligent Routing Engine

The intelligent routing engine or simply the routing algorithm is comprised of multiple discrete functions that operate together to identify routes and connections between sources **10**s and outputs **10**o suitable for the type of information or type of flow to be transferred or accommodated within and through the environment. The routing algorithm is implemented within the web server **200**, within the application service **306**, that is physically hosted on the server **100**. The routing algorithm utilizes both dynamic (i.e. working model) and static (e.g. environmental model) application data **204** that is stored in the database **202** to create, identify, and establish valid connections between sources **10**s outputs **10**o located in an environment such as the second exemplary environment **1000**. The Routing Algorithm is implemented as a functional element of the server **100** and is used during both initial configuration of the server **100** to establish initial routes when implementing a desired scene or whenever a new configuration of connections from a given source to a given output is required during operation.

The routing algorithm operates on the working model of the environment described above. The working model itself is derived from the environmental model established with the configuration **1200** process and stored in the database **202**. Thus the routing algorithm identifies routes or paths through the environment for flows using the information and details input into the server **100** during the configuration **1200** process. Prior to starting the routing algorithm an environmental model and working model of the environment are created. The configuration **1200** process provides the environmental model with details of all the devices and specifics related to those devices **270** present within a given environment, including the communication and interface nodes associated with those devices and the respective static connections or links that connect the interface nodes between and within discrete devices **270** such as the sources **10**s, outputs **10**o and switches **10**i.

The working model of the environment reflects the current state or status of the server **100**, including the present states or configurations of each individual device **270** located in the second exemplary environment **1000** including controls **10**e. The working model of the environment thus effectively represents a full state model, or configuration model of an arbitrary environment whereby static connections, device **270** details, and dynamic details (e.g. the linking or switching of two interface nodes in a switch **10**i to select a specific path through the switch and link the respective static connections that terminate at interface nodes associated with the switch **10**i) of the environment at a given time. The routing algorithm uses the working model to establish new connections or links between devices **270** located in the environment comprising a number of static connections or links along with the nodes that terminate each of the static connections and the devices **270** that are associated with those nodes. When a route is established each node along the path is effectively associated with two separate elements of the system, first the device **270** the node is associated with originally and the node is also associated with the route or link it is part of that is established through the environment to link a desired source **10**s with a desired output **10**o. The working model utilizes a routing map to reflects all available routes and connections that may be established in an environment. The routing algorithm uses the routing map and the respective trees representations of

US 10,367,912 B2

45

the routing maps, to determine available routes or paths between selected devices 270.

When a specific pair of devices 270 is selected to be interconnected in the interface layer or data layer either by the user directly during operation of the server 100 by inputting a desired pair of devices 270 to be connected through the user interface of the control client 102 or while implementing a new scene, the routing algorithm is used to determine the proper configuration or state for the system to adopt to accomplish the desired outcome. When the server 100 is initially starting up, and the environment is unconfigured and the devices are ready, but no routes or paths through the environment have been created, the routing algorithm is applied to a first pair of devices 270 to be connected within the environment and it determines the proper route, in other words the routing algorithm identifies the configuration of devices 270, including the device's associated nodes, and static connections interconnecting the associated nodes in order to create a path between the devices 270. The resulting path updates the working model of the environment to reflect the fact that a portion of the system within the environment is now dedicated to establishing a desired link between the sources 10s and the outputs 10o. By dedicating some links in the environment to this first route, there is an effective reduction in the total number of available routes and the application service 306 updates the working model to reflect this reduction in potential routes and the new states of the devices 270 implicated by the newly established route. The newly establish route is then queued for implementation in the environment via the server 100 issuing configuration commands to the devices 270 in the environment to establish the route that the algorithm has identified. During startup, the next pairing of devices 270 is used to establish a second route and so on until all pairs of devices are either connected or the system generates an event indicating to the user that the desired configuration cannot be created or another event occurs to interrupt the process.

A similar process is used to generate a route when a new pair of connections is desired after a scene is already implemented. For example if the system is already configured in a particular state to implement a specific scene, the working model holds the device states to implement that scene. Upon shifting to a new scene the application service 306 updates the working model on the server 100 to reflect any presently configured routes that are no longer needed in the new scene and proceeds to form any new routes required by the new scene. The routing algorithm is applied to the working model to determine the desired device 270 states to implement the new routes required by the new scene.

The intelligent routing algorithm, or simply routing algorithm uses a recursive algorithm to traverse the available nodes and static connections or links available to traverse across the system from the desired output 10o to the desired source 10s. In this manner the routing algorithm identifies a desired path through the environment comprising at least the desired source 10s and desired output 10o device and at least one nodes associated with each of those sources 10s and outputs 10o and the static connections that terminate with those respective nodes. In one embodiment of the system a recursive algorithm is used to traverse the routing maps to identify the desired route. Different embodiments of the routing algorithm use different types of search routines, including the following recursive search algorithms: breadth-first search, depth limited search, A*, Dijkstra's algorithm, best-first search, and dynamic programming gen-

46

erally. Alternative algorithms including non-recursive and non-traditional algorithms are available for use by those of ordinary skill in the art.

In one embodiment of the system a recursive depth first search algorithm is used to traverse the routing tree starting with the output 10o device. The output 10o device is effectively the root of the tree. There can be one or more input nodes or input ports associated with the output 10o device. If the desired input is capable of providing signals that can be accepted by any of the input nodes associated with the desired output 10o device, then all possible input nodes associated with the output device in the environment are considered, otherwise only the reduced number of input nodes associated with the output 10o device are considered. The routing algorithm starts with the selected output 10o device and evaluates any static connections available from input nodes associated with the selected output 10o device that it then traverses or 'travels' away from the output 10o toward the source 10s. The depth first search algorithm prioritizes driving directly toward the goal of the source device at the expense of potential dead-end routes. Thus the routing algorithm travels along the static connection that terminates at the input node associated with the output 10o device to the other terminating node of the static connection. The other terminating node of the selected static connection is associated with a second device 270 in the environment, including switches 10i, sources 10s, and in some embodiments other outputs 10o. The algorithm then evaluates the other nodes associated with this second device in the environment that are able to switch and connect with the present node to determine whether any of the nodes offer the ability to leave the second device and continue toward the desired destination, namely the desired source 10s. If another node associated with second device exists that terminates a second static connection, the routing algorithm follows this path to the node associated with the other terminus of the second static connection and the third device associated with the that node. In this manner the routing algorithm follows the static connections through each connection's terminating nodes and the associated devices to the desired source 10s. The same process is repeated for each node associated with a given device until either a route to the desired source 10s is identified or a dead-end is found, meaning there are no available connections to follow away from a non-desired device. Upon identifying a dead-end, the algorithm returns to the immediately prior device and evaluates the next unevaluated node available on the immediately prior device until there are no remaining unevaluated nodes on the immediately prior device, at which point the algorithm considers the next prior device. If after traversing all of the connections traveling away from the output 10o and being unable to identify a route to the desired source 10s, the routing algorithm will determine that no route is available and report the error via an event trigger.

If the algorithm is successful in identifying a route to the desired source 10s, the routing algorithm reports back the desired configuration of static connections, nodes that terminate the static connections, and the devices that are associated with the nodes to be configured in order to create the desired route through the environment. The reported route, including devices and associated nodes to be configured is then marked within the working model to indicate that the reported route, including all nodes and associated devices along the route are included in the identified route and no longer available for other routes, and the working model properly reflect the dedication of a portion of the environment to route. The identified route is then passed to

US 10,367,912 B2

47

the application service **306** that issues the commands using the environment model and device driver details to the devices **270** and the associated nodes to establish the route in the second exemplary environment **1000**.

INDUSTRIAL APPLICABILITY

Control of Multiple Audio Visual Components

The present system and method disclosed herein in embodiments for use with presentation environments **110** possesses a multiple capabilities to perform a plurality tasks. Specifically the system and method enables the management of complex connections between the devices, including sources and output devices **270** of A/V data and enables the control of devices, including sources and output devices **270** of A/V data and other presentation environment **110** environmental devices **142** without requiring full configuration paths for all the equipment. Second, the system and method auto-generates user interfaces with appropriate controls for a given presentation environment **110** based on the types of devices **270** and environmental devices **142** available. Third the system and method enables control of specific scenes and presentation control to allow complex multitasking and integration of multiple devices **270** and controls **142** to act in concert with a mere press of a button to configure a presentation environment **110**. The self-generating user interface enables the server **100** to connect with a variety of different control clients **102**, including those that have never connected to a particular environment before, and provide a user interface tailored for the presentation environment **110** to be controlled. Finally, since the system and method is based on a client server architecture with access and communication through standard computer networks, such as IP based networks like the Internet, the server **100** can be located in any geographic location with no impact on the control of a given presentation environment **110** thus enabling centralized management, portability, transportability, and consistent user interface across an entire enterprise. These specific capabilities enabled by embodiments of the present system and method and others inherent within the system and method disclosed are obvious to one of ordinary skill in the art and this listing is merely provided as a non-exhaustive set of examples.

Control of Integrated Building Systems

Yet another exemplary application of the present system for managing, routing and controlling devices in an environment is to control the various devices **270**, environmental devices **142** present in an integrated building. In this application the system is used to direct the operation of specific devices **270** in the environment, including sources **10**s such as chillers to produce cool air or a dehumidifier that reduces the relative humidity content of air present in a heating ventilation and air conditioning (HVAC) system. The system directs the operation of the sources **10**s to generate conditioned air, then various switches **10**i, or flow control devices such as controllable dampers and mixers are used to mix and distribute the conditioned air through a system of physical connections, static connections, or more generally links present the environment (e.g. ducts or pipes) for distribution to specific output devices located in the areas to accept the conditioned air. The effect of the distribution of the conditioned air is then monitored by communication with environmental device **142** sensors located in the environment that monitor the environment. In a similar manner the system is able to connect the environment devices **142** actuators present in the environment to change the overall characteristics of the building, such as adjusting lighting in

48

response to ambient light sensors or automatically dimming windows in response to direct sunlight. Similar control can be applied other building systems, including security, fire and safety and other building systems.

Control of Flexible Manufacturing and Process Equipment

In still another exemplary embodiment, the present system for managing, routing and controlling devices is used to control systems and equipment present in a flexible manufacturing facility or chemical process facility. In a flexible manufacturing environment there are multiple devices that are classified as sources **10**s capable of generating a partial or fully completed product or intermediary product. These sources **10**s need commands to provide or start their respective process of generating product. The resulting product then is routed between other devices **270**, that can simultaneously operate as both consumer devices or outputs **10**o and sources **10**s—namely by accepting partially completed product, performing additional operations, and then outputting the transformed product to another output **10**o. In this manner the system treats the source **10**s, outputs **10**s, and combined source and output devices present in a facility as any other sources **10**s to be controlled and the product is routed between the devices by commanding switches **10**i manifest as switching equipment, pipe valves, diverters, flexible conveyor belts or semi-autonomous skillets to establish connections or links between the desired sources **10**s and consumer or output **10**o devices and establish links to route the product between devices. In a similar manner, various sensors for detecting and evaluating the quality of the product provides feedback to the system during operation allowing corrective action to be taken if necessary. In a manufacturing environment sensors environment devices **142** include: temperature sensor, pressure sensor, flow-rate sensor, accelerometer, humidity sensor, radio frequency identification tag reader, finger-print scanner, optical scanner, proximity detector, spectrometer, load sensor, force sensor, and ultrasonic sensor.

CONCLUSION

While various embodiments of the present system and method for controlling devices and environments have been described above, it should be understood that the embodiments have been presented by the way of example only, and not limitation. It will be understood by those skilled in the art that various changes in form and details may be made therein without departing from the spirit and scope of the invention as defined. Thus, the breadth and scope of the present invention should not be limited by any of the above described exemplary embodiments.

What is claimed is:

**1**. An apparatus for controlling an environment, comprising:

a server configured to host a database that includes information describing a set of static connections and information describing a set of adaptable nodes and that is further configured to run a scheduling service;

a control client that is configured to control at least one output device within the environment and to communicate with the scheduling service;

a control client web application including one or more components configured to render a user interface on the control client, wherein one or more standard widgets of the user interface provide one or more standard control options based at least in part on the at least one output device and one or more specialized widgets provide

US 10,367,912 B2

49

one or more customizable control options based at least in part on the at least one output device;

a control switch that is configured to communicate with the control client; and

an output device configurator that is configured to send a request to access the output device to the scheduling service and through the control switch, to send configuration information to the output device, and to send control information to the output device, wherein the scheduling service is configured to manage availability of the output device for access.

**2.** The apparatus of claim **1**, further comprising:

a zone control interface that is configured to control a plurality of output devices, wherein the plurality of output devices are grouped in a zone.

**3.** The apparatus of claim **2**, further comprising:

a master zone control interface that is configured to control a plurality of zone control interfaces.

**4.** The apparatus of claim **1**, wherein the server is further configured to store device control attributes associated with an environment state and device state attributes associated with the environment state in one or more scenes.

**5.** The apparatus of claim **4**, wherein the one or more standard control options provided by the one or more standard widgets are based at least in part on the at least one scene and the one or more customizable control options provided by the one or more specialized widgets are based at least in part on the at least one scene.

**6.** The apparatus of claim **1**, wherein the database includes a device specific driver associated with the output device.

**7.** The apparatus of claim **1**, wherein the user interface is adapted to a user.

**8.** The apparatus of claim **1**, wherein the user interface is adapted to a permission level associated with a user.

**9.** The apparatus of claim **1**, wherein the user interface is adapted to control client device capabilities associated with a control client device used to access the control client web application.

**10.** A method of controlling an environment, the method comprising:

configuring a server to host a database that includes information describing a set of static connections and information describing a set of adaptable nodes and that is further configured to run a scheduling service;

configuring a control client to control at least one output device within the environment and to communicate with the scheduling service;

configuring a control client web application including one or more components to render a user interface on the control client, wherein one or more standard widgets of the user interface provide one or more standard control options based at least in part on the at least one output device and one or more specialized widgets provide one or more customizable control options based at least in part on the at least one output device;

configuring a control switch to communicate with the control client;

configuring an output device configurator that is to send a request to access the output device to the scheduling service and through the control switch, to send configuration information to the output device, and to send control information to the output device; and

50

configuring the scheduling service to manage availability of the output device for access.

**11.** The method of claim **10**, further comprising:

configuring a zone control interface to control a plurality of output devices, wherein the plurality of output devices are grouped in a zone.

**12.** The method of claim **11**, further comprising:

configuring a master zone control interface to control a plurality of zone control interfaces.

**13.** The method of claim **10**, further comprising:

configuring the server to store device control attributes associated with an environment state and device state attributes associated with the environment state in one or more scenes.

**14.** The method of claim **13**, wherein the one or more standard control options provided by the one or more standard widgets are based at least in part on the at least one scene and the one or more customizable control options provided by the one or more specialized widgets are based at least in part on the at least one scene.

**15.** The method of claim **10**, wherein the database includes a device specific driver associated with the output device.

**16.** The method of claim **10**, wherein the user interface is adapted to a user.

**17.** The method of claim **10**, wherein the user interface is adapted to a permission level associated with a user.

**18.** The method of claim **10**, wherein the user interface is adapted to control client device capabilities associated with a control client device used to access the control client web application.

**19.** A computer program product for controlling an environment, the computer program product comprising:

a non-transitory computer readable storage medium; and

instructions stored on the non-transitory computer readable storage medium that, when executed by a processor, cause the processor to:

configure a server to host a database that includes information describing a set of static connections and information describing a set of adaptable nodes and that is further configured to run a scheduling service;

configure a control client to control at least one output device within the environment and to communicate with the scheduling service;

configure a control client web application including one or more components to render a user interface on the control client, wherein one or more standard widgets of the user interface provide one or more standard control options based at least in part on the at least one output device and one or more specialized widgets provide one or more customizable control options based at least in part on the at least one output device;

configure a control switch to communicate with the control client;

configure an output device configurator that is to send a request to access the output device to the scheduling service and through the control switch, to send configuration information to the output device, and to send control information to the output device; and

configure the scheduling service to manage availability of the output device for access.

\* \* \* \* \*