# EXHIBIT D

# Patent Claims Analysis
## of
## US10367912: "System and method for automating the management, routing, and control of multiple devices and inter-device connections"

### against
### Google Home

## US10367912B2
United States

| | |
|---|---|
| Inventor | Gordon Saint Clair |
| Current Assignee | CLOUD SYSTEMS HOLDCO IP LLC |

### Worldwide applications

2008 US  2014 ~~US~~  2016 US  2018 US  2019 ~~US~~

| | |
|---|---|
| Claims priority from a provisional application 60/746,290 | 05/03/2006 |

| Total patentTerm Adjustments |
|---|
| 0 |

CLAIMS

10. A method of controlling an environment, the method comprising:

configuring a server to host a database that includes information describing a set of static connections and information describing a set of adaptable nodes and that is further configured to run a scheduling service;

configuring a control client to control at least one output device within the environment and to communicate with the scheduling service;

configuring a control client web application including one or more components to render a user interface on the control client, wherein one or more standard widgets of the user interface provide one or more standard control options based at least in part on the at least one output device and one or more specialized widgets provide one or more customizable control options based at least in part on the at least one output device;

configuring a control switch to communicate with the control client;

configuring an output device configurator that is to send a request to access the output device to the scheduling service and through the control switch, to send configuration information to the output device, and to send control information to the output device; and

configuring the scheduling service to manage availability of the output device for access.

| Row | Claim Element | Contention |
|---|---|---|
| 10.0 | 10. A method of controlling an environment, the method comprising: | *Google Home has a method of controlling an environment.*<br><br>**Get started with Cloud-to-cloud**<br><br>On this page<br>Why build<br>How to build<br>Definitions<br><br>The Google Smart Home platform lets users control your commercially available connected devices through the Google Home app (GHA) and Google Assistant, which is available on more than 1 billion devices like smart speakers, phones, cars, TVs, headphones, watches, and more.<br><https://developers.home.google.com/cloud-to-cloud/get-started> 2022-11-10 Saved **4 times** between November 26, 2022 and December 18, 2022.<br><br>1  2012  2013  2014  2015  2016  2017  2018  2019  2020  2021  **2022**  2023<br><br>*Google introduces a smart home that lets user control their connected devices through the google home app and the google assistant. With the Google Home app, we can control and manage compatible lights, cameras, TVs, and more – all from one place. Google cloud is acting as server to manage the scenario to control the appliances.* |
| 10.1 | configuring a **server** to host a database that | *Google Home describes "Developer Cloud" and "Control and schedule multiple devices with Routines", i.e., a server to host a database that includes information* |

| | | |
|---|---|---|
| | includes information describing a set of static connections and information describing a set of adaptable nodes and that is further configured to run a scheduling service; | *describing a set of static connections and information describing a set of adaptable nodes and that is further configured to run a scheduling service.*<br><br><br><br><https://developers.home.google.com/codelabs/smarthome-local#0> 2023-04-05<br><br>### Control and schedule multiple devices with Routines<br><br>Create or customize a Routine to control multiple devices at once. Routines can start in these ways:<br><br>• According to a schedule<br>• With a voice command<br>• With the Google Home app<br>• When everyone's away or someone's home<br><br><https://support.google.com/googlenest/answer/7073578?hl=en> ©2023<br><br>● **server = Developer Cloud** |
| 10.2 | configuring a **control client** to control at least one output device within the **environment** and to communicate with the scheduling service; | *Google Home describes "Thermostat" and "Control and schedule multiple devices with Routines", i.e., a control client to control at least one output device within the environment and to communicate with the scheduling service.* |

| | | |
|---|---|---|
| | | <https://play.google.com/store/apps/details?id=com.google.android.apps.chromecast.app> 2023-05-04<br><br>Control and schedule multiple devices with Routines<br>Create or customize a Routine to control multiple devices at once. Routines can start in these ways:<br>• According to a schedule<br>• With a voice command<br>• With the Google Home app<br>• When everyone's away or someone's home<br><https://support.google.com/googlenest/answer/7073578?hl=en> ©2023<br><br>● **server = Developer Cloud**<br>● **control client = Google Home app** |
| 10.3 | configuring a **control client web application** | *Google Home describes "Google Home for web", "Nest web app", "Featured devices", "Lighting and plugs", "Climate and energy", "Security and awareness", "Entertainment" and "Appliances and more", i.e., a control client web application* |

| | | |
|---|---|---|
| | including one or more components to render a user interface on the control client, wherein one or more **standard widgets of the user interface** provide one or more standard control options based at least in part on the at least one output device and one or more specialized widgets provide one or more customizable control options based at least in part on the at least one output device; | *including one or more components to render a user interface on the control client, wherein one or more standard widgets of the user interface provide one or more standard control options based at least in part on the at least one output device and one or more specialized widgets provide one or more customizable control options based at least in part on the at least one output device.*<br><br>## Google Home for web and Nest web app<br><br>The web versions of the Home and Nest apps are optimized to take advantage of your personal computer's bigger screen and mouse. For example, you can edit automations with the script editor, view the live streams of multiple Nest cameras at once, or keep the live stream playing in the background while you work on other things.<br><br><<https://support.google.com/googlenest/answer/9241220?hl=en>> ©2023<br><br><br><br><<https://home.google.com/intl/en_ca/welcome/>><br><ul><li>**server = Developer Cloud**</li><li>**control client web application = Google Home for web, Nest web app**</li></ul> |
| 10.4 | configuring a **control switch** to communicate with the control client; | *Google Home describes "select the home you wish to switch to", i.e., a control switch to communicate with the control client.*<br><br>## Nest web app<br><br>The Nest web app can control cameras and devices that were set up with the Nest app.<br><br>A few advanced features of the Nest camera and doorbell, Nest Aware, and other Nest products and services are only available in the computer version of the app. Other features are disabled on the computer version for security reasons.<br><br>Change Settings<br><br>Manage your account and check your messages<br><br>Switch homes<br><br>1. In the upper right corner of the home screen, click your home.<br>2. On the menu that appears, <u>select the home you wish to switch to</u>. |

| | | |
|---|---|---|
| | | <https://support.google.com/googlenest/answer/9241220?hl=en> ©2023 |
| 10.5 | configuring an **output device configurator** that is to send a request to access the output device to the **scheduling service** and through the control switch, to send configuration information to the output device, and to send control information to the output device; and | *Google Home describes "Heating in 10 minutes", "Control and schedule multiple devices with Routines" and "According to a schedule", i.e., an output device configurator that is to send a request to access the output device to the scheduling service and through the control switch, to send configuration information to the output device, and to send control information to the output device.*  <https://play.google.com/store/apps/details?id=com.google.android.apps.chromecast.app> 2023-05-04 <br><br>Control and schedule multiple devices with Routines <br><br>Create or customize a Routine to control multiple devices at once. Routines can start in these ways: <br><br>• According to a schedule <br>• With a voice command <br>• With the Google Home app <br>• When everyone's away or someone's home |

| | | |
|---|---|---|
| | | <https://support.google.com/googlenest/answer/7073578?hl=en> ©2023 |
| 10.6 | configuring the **scheduling service** to manage availability of the output device for access. | *Google Home describes "Control and schedule multiple devices with Routines" and "When everyone's away or someone's home", i.e., the scheduling service to manage availability of the output device for access.*<br><br>Control and schedule multiple devices with Routines<br><br>Create or customize a Routine to control multiple devices at once. Routines can start in these ways:<br><br>• According to a schedule<br>• With a voice command<br>• With the Google Home app<br>• When everyone's away or someone's home<br><br><https://support.google.com/googlenest/answer/7073578?hl=en> ©2023 |